IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 20-cv-02389-NRN

ESTATE OF ELIJAH JAVON MCCLAIN, by and through its personal representatives Sheneen McClain ND Lawayne Mosley;
SHENEEN MCCLAIN, individually;
LAWAYNE MOSLEY, individually;

    Plaintiffs,

v.

CITY OF AURORA, COLORADO, a municipality;
OFFICER NATHAN WOODYARD, in his individual and official capacity;
OFFICER RANDY ROEDEMA, in his individual and official capacity;
OFFICER JASON ROSENBLATT, in his individual and official capacity;
OFFICER MATTHEW GREEN, in his individual and official capacity;
SERGEANT DALE LEONARD, in his individual and official capacity;
OFFICER ALICIA WARD, in her individual and official capacity;
OFFICER KYLE DITTRICH, in his individual and official capacity;
OFFICER ERICA MARRERO, in her individual and official capacity;
OFFICER JAMES ROOT, in his individual and official capacity;
OFFICER JORDAN MULLINS-ORCUTT, in his individual and official capacity;
OFFICER DARREN DUNSON, in his individual and official capacity;
SERGEANT RACHEL NUNEZ, in her individual and official capacity;
LIEUTENANT PETER CICHUNIEC, in his individual and official capacity;
PARAMEDIC JEREMY COOPER, in his individual and official capacity;
DR. ERIC HILL, in his individual capacity;

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

To the Clerk and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel for above-named Defendants Lieutenant Peter Cichuniec and Paramedic Jeremy Cooper, in their individual capacities.

    Respectfully submitted this 28th day of August, 2020.

*s/ Michael T. Lowe*
Michael T. Lowe
Bruno Colin & Lowe
1999 Broadway, Suite 4300
Denver, CO 80202
303-831-1099
303-831-1088-fax
mlowe@brunolawyers.com
*Counsel for Defendants Cichuniec and Cooper in their individual capacities*

2

## CERTIFICATE OF SERVICE

I certify that on this 28th day of August, 2020, a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE** was e-filed via CM/ECF system and served electronically or by U.S. Mail, postage prepaid, to the following:

**Mari Anne Newman**
**Liana Gerstle Orshan**
Killmer Lane & Newman LLP
1543 Champa Street
Suite 400
Denver, CO 80202
303-571-1000
303-571-1001 (fax)
mnewman@kln-law.com
lorshan@kln-law.com

                                              *s/Jennifer Fate*
                                              Jennifer Fate, Paralegal
                                              Bruno, Colin & Lowe, P.C.