**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

*Civil Action No. 20-cv-02389 MEH*

ESTATE OF ELIJAH JAVON MCCLAIN, by and through its personal representatives Sheneen McClain and Lawayne Mosley;
SHENEEN MCCLAIN, individually;
LAWAYNE MOSLEY, individually;

  Plaintiffs,

v.

CITY OF AURORA, COLORADO, A MUNICIPALITY;
OFFICER NATHAN WOODYARD, in his individual and official capacity;
OFFICER RANDY ROEDEMA, in his individual and official capacity;
OFFICER JASON ROSENBLATT, in his individual and official capacity;
OFFICER MATTHEW GREEN, in his individual and official capacity;
SERGEANT DALE LEONARD, in his individual and official capacity;
OFFICER ALICIA WARD, in her individual and official capacity;
OFFICER KYLE DITTRICH, in his individual and official capacity;
OFFICER ERICA MARRERO, in her individual and official capacity;
OFFICER JAMES ROOT, in his individual and official capacity;
OFFICER JORDAN MULLINS-ORCUTT, in her individual and official capacity;
OFFICER DARREN DUNSON, in his individual and official capacity;
SERGEANT RACHEL NUNEZ, in her individual and official capacity;
LIEUTENANT PETER CICHUNIEC, in his individual and official capacity;
PARAMEDIC JEREMY COOPER, in his individual and official capacity;
DR. ERIC HILL, in his individual and official capacity;

  Defendants:

---

**NOTICE OF ENTRY OF APPEARANCE**

---

  Isabelle Sabra Evans hereby enters her appearance as counsel for Defendants Nathan

Woodyard, Randy Roedema, Jason Rosenblatt, Matthew Green, Dale Leonard, Alicia Ward,

Kyle Dittrich, Erica Marrero, James Root, Jordan Mullins-Orcutt, Darren Dunson, Rachel Nunez, Peter Cichuniec, and Jeremy Cooper, in their official capacities; and the City of Aurora.

Respectfully submitted this 31st day of August 2020.

                                      OFFICE OF THE AURORA CITY ATTORNEY

                                      <u>s/ *Isabelle Sabra Evans*</u>
                                      Isabelle Sabra Evans
                                      Office of the City Attorney
                                      Aurora Municipal Center, Suite 5300
                                      15151 East Alameda Parkway
                                      Aurora, Colorado  80012
                                      Telephone:  (303) 739-7030
                                      Facsimile:  (303) 739-7042
                                      E-mail:  ievans@auroragov.org
                                      *Attorney for Defendants Woodyard, Roedema, Rosenblatt, Green, Leonard, Ward, Dittrich, Marrero, Root, Mullins-Orcutt, Dunson, Nunez, Cichuniec, Cooper, in their official capacities, and the City of Aurora*

## **CERTIFICATE OF SERVICE BY CM/ECF**

I hereby certify that on August 31, 2020, I electronically filed the foregoing *NOTICE OF ENTRY OF APPEARANCE* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email address:

Mari Newman, Esq. [mnewman@kln-law.com]
Liana G. Orshan, Esq. [lorshan@kln-law.com]
Michael Fairhurst, Esq. [mfairhurst@kln-law.com]
*Attorneys for Plaintiffs*

*s/ Joanne Flaherty*
Joanne Flaherty
