IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

*Civil Action No. 20-cv-02389-NRN*

ESTATE OF ELIJAH JAVON MCCLAIN, by and through its personal representatives Sheneen McClain and Lawayne Mosley,
SHENEEN MCCLAIN, individually,
LAWAYNE MOSLEY, individually,

    Plaintiffs,

v.

CITY OF AURORA, COLORADO, a municipality,
OFFICER NATHAN WOODYARD, in his individual and official capacity,
OFFICER RANDY ROEDEMA, in his individual and official capacity,
OFFICER JASON ROSENBLATT, in his individual and official capacity,
OFFICER MATTHEW GREEN, in his individual and official capacity,
SERGEANT DALE LEONARD, in his individual and official capacity,
OFFICER ALICIA WARD, in her individual and official capacity,
OFFICER KYLE DITTRICH, in his individual and official capacity,
OFFICER ERICA MARRERO, in her individual and official capacity,
OFFICER JAMES ROOT, in his individual and official capacity,
OFFICER JORDAN MULLINS-ORCUTT, in his individual and official capacity,
OFFICER DARREN DUNSON, in his individual and official capacity,
SERGEANT RACHEL NUNEZ, in her individual and official capacity,
LIEUTENANT PETER CICHUNIEC, in his individual and official capacity,
PARAMEDIC JEREMY COOPER, in his individual and official capacity,
DR. ERIC HILL, in his individual capacity,

    Defendants.

**DEFENDANTS' UNOPPOSED JOINT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT AND JURY DEMAND (ECF 1)**

    Defendants City of Aurora, Officer Nathan Woodyard, Officer Randy Roedema, Officer Jason Rosenblatt, Officer Matthew Green, Sergeant Dale Leonard, Officer Alicia Ward, Officer Kyle Dittrich, Officer Erica Marrero, Officer James Root, Officer Jordan

Mullins-Orcutt, Officer Darren Dunson, Sergeant Rachel Nunez, Lieutenant Peter Cichuniec and Paramedic Jeremy Cooper, in their official capacities, by and through their official capacity counsel, Peter Ruben Morales and Isabelle S. Evans of the Aurora City Attorney's Office, Defendants Officer Nathan Woodyard, Officer Randy Roedema, Officer Jason Rosenblatt, Officer Matthew Green, Sergeant Dale Leonard, Officer Alicia Ward, Officer Kyle Dittrich, Officer Erica Marrero, Officer James Root, Officer Jordan Mullins-Orcutt, Officer Darren Dunson, Sergeant Rachel Nunez, in their individual capacities, by and through their individual capacity counsel, Jonathan M. Abramson and Yulia Nikolaevskaya of Kissinger & Fellman, P.C., Defendants Lieutenant Peter Cichuniec and Paramedic Jeremy Cooper, in their individual capacities, by and through their individual capacity counsel, Michael Lowe and David Goddard, of Bruno, Colin & Lowe, P.C., and Defendant Dr. Eric Hill, in his individual capacity, by and through his counsel of record, Stephen J. Hensen of Hensen | DuWaldt, (collectively "Defendants"), pursuant to Fed. R. Civ. P. 6(b)(1)(A) and D.C.COLO.LCivR. 6.1(b) and (c), hereby respectfully submit Defendants' Unopposed Joint Motion for Extension of Time to Answer or Otherwise Respond to Plaintiffs' Complaint and Jury Demand (ECF 1) ("Motion"), as follows:

## **CERTIFICATION PURSUANT TO D.C.COLO.LCivR 7.1(a)**

Undersigned counsel for Defendants certifies they have conferred with counsel for Plaintiffs via telephone and email concerning the relief requested in this Motion. Plaintiffs' counsel has indicated that they have no objection to a thirty-five (35) day extension of

time to answer or otherwise respond to Plaintiffs' Complaint and Jury Demand (ECF 1) ("Complaint").

1. The Complaint was filed on August 8, 2020.

2. Each of the Defendants, by and through their respective undersigned counsel of record, executed a Waiver of Service of Summons dated August 25, 2020, making Defendants' responsive pleadings due October 26, 2020.

3. Defendants request a thirty-five (35) day extension of time, up to and including November 30, 2020, to answer or otherwise respond to the Complaint.

4. The Complaint is 106 pages long, consisting of 585 paragraphs and 9 separate claims against 16 various Defendants. The requested extension is necessary to allow various counsel an opportunity to thoroughly review and analyze the voluminous Complaint and prepare a response for each of the numerous listed Defendants.

5. The extension will not unduly delay these proceedings or otherwise interfere with the administration of justice.

6. Pursuant to D.C.COLO.LCivR 6.1(c), the respective undersigned counsel for each Defendant certifies that a copy of this Motion has been provided to Defendants City of Aurora, Officer Nathan Woodyard, Officer Randy Roedema, Officer Jason Rosenblatt, Officer Matthew Green, Sergeant Dale Leonard, Officer Alicia Ward, Officer Kyle Dittrich, Officer Erica Marrero, Officer James Root, Officer Jordan Mullins-Orcutt, Officer Darren Dunson, Sergeant Rachel Nunez, Lieutenant Peter Cichuniec, Paramedic Jeremy Cooper and Dr. Eric Hill.

WHEREFORE, Defendants City of Aurora, Officer Nathan Woodyard, Officer Randy Roedema, Officer Jason Rosenblatt, Officer Matthew Green, Sergeant Dale Leonard, Officer Alicia Ward, Officer Kyle Dittrich, Officer Erica Marrero, Officer James Root, Officer Jordan Mullins-Orcutt, Officer Darren Dunson, Sergeant Rachel Nunez, Lieutenant Peter Cichuniec, Paramedic Jeremy Cooper and Dr. Eric Hill respectfully request a thirty-five (35) day extension of time to answer or otherwise respond to Plaintiffs' Complaint and Jury Demand, up to and including November 30, 2020.

Dated this 14th day of October, 2020.

*/s/ Peter Ruben Morales*
Peter Ruben Morales
Isabelle S. Evans
Aurora City Attorney's Office
15151 E. Alameda Parkway, Suite 5300
Aurora, CO 80012
Telephone: (303) 739-7030
Facsimile: (303) 739-7042
pmorales@auroragov.org
ievans@auroragov.org
*Attorneys for Defendant City of Aurora, and Defendants Woodyard, Roedema, Rosenblatt, Green, Leonard, Ward, Dittrich, Marrero, Root, Mullins-Orcutt, Dunson, Nunez, Cichuniec, and Cooper in their official capacities ("Aurora Defendants")*

*/s/ Jonathan M. Abramson*
Jonathan M. Abramson
Yulia Nikolaevskaya
Kissinger & Fellman, P.C.
3773 Cherry Creek N. Dr., #900
Denver, CO 80209
Telephone: 303-320-6100
Facsimile: 303-327-8601
jonathan@kandf.com
julie@kandf.com
*Attorneys for Defendants Dittrich, Dunson, Green, Leonard, Marrero, Mullins-Orcutt, Nunez, Roedema, Root, Rosenblatt, Ward, and Woodyard in their individual capacities ("APD Defendants")*

*/s/ Michael Lowe*
Michael Lowe
David Goddard
Bruno, Colin & Lowe, P.C.
1999 Broadway, Suite 4300
Denver, Colorado 80202
P: 303.831.1099
F: 303.831.1088

*/s/ Stephen J. Hensen*
Hensen | DuWaldt
1001 Bannock Street, Suite 39
Denver, CO 80204
Phone: 303-223-0773
Cell: 303-895-4199
steve@hendulaw.com
*Attorney for Defendant Dr. Eric Hill*

4

MLowe@brunolawyers.com
dgoddard@brunolawyers.com
*Attorneys for Defendants Cichuniec and
Cooper in their individual capacities
("AFR Defendants")*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of October 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Liana Orshan, Esq. (lorshan@kln-law.com)
Michael Fairhurst, Esq. (mfairhurst@kln-law.com)
Mari Newman, Esq. (mnewman@kln-law.com)
*ATTORNEYS FOR PLAINTIFFS*

Peter Morales, Esq. (pmorales@auroragov.org)
Isabelle Evans, Esq. (ievans@auroragov.org)
*ATTORNEYS FOR DEFENDANTS CITY OF AURORA, COLORADO, NATHAN WOODYARD, RANDY ROEDEMA, JASON ROSENBLATT, MATTHEW T. GREEN, DALE LEONARD, ALICIA WARD, KYLE DITTRICH, ERICA MARRERO, JAMES ROOT, JORDAN MULLINS-ORCUTT, DARREN DUNSON, RACHEL NUNEZ, PETER CICHUNIEC AND JEREMY COOPER, IN THEIR OFFICIAL CAPACITIES*

Michael Lowe, Esq. (mlowe@brunolawyers.com)
David Goddard, Esq. (dgoddard@brunolawers.com)
*ATTORNEYS FOR DEFENDANTS PETER CICHUNIEC AND JEREMY COOPER, IN THEIR INDIVIDUAL CAPACITIES*

Stephen J. Hensen, Esq. (steve@hendulaw.com)
*ATTORNEY FOR DEFENDANT DR. ERIC HILL, IN HIS INDIVIDUAL CAPACITY*

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participants in the manner (mail, hand delivery, etc.) indicated by the non-participant's name:

City Aurora, Colorado; Officer Nathan Woodyard; Officer Randy Roedema; Officer Jason Rosenblatt; Officer Matthew Green; Sergeant Dale Leonard; Officer Alicia Ward; Officer Kyle Dittrich; Officer Erica Marrero; Officer James Root; Officer Jordan Mullins-Orcutt; Officer Darren Dunson; Sergeant Rachel Nunez; Lieutenant Peter Cichuniec; Paramedic Jeremy Cooper, in their official capacity
(c/o Office of the City Attorney; Attn: Peter Morales; pmorales@auroragov.org)

5

City Aurora, Colorado; Officer Nathan Woodyard; Officer Randy Roedema; Officer Jason Rosenblatt; Officer Matthew Green; Sergeant Dale Leonard; Officer Alicia Ward; Officer Kyle Dittrich; Officer Erica Marrero; Officer James Root; Officer Jordan Mullins-Orcutt; Officer Darren Dunson; Sergeant Rachel Nunez; Lieutenant Peter Cichuniec; Paramedic Jeremy Cooper, in their individual capacity
(c/o Kissinger & Fellman, P.C.; Attn: Jonathan Abramson; jonathan@kandf.com)

Lieutenant Peter Cichuniec; Paramedic Jeremy Cooper, in their individual capacity
(c/o Bruno, Colin & Lowe, P.C.; Attn: Michael Lowe; mlowe@brunolawyers.com)

Dr. Eric Hill
(c/o Hensen | DuWaldt; Attn: Stephen Hensen; steve@hendulaw.com)

By:   *s/ Jonathan M. Abramson*
      Jonathan M. Abramson