IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 20-cv-02389-DDD-NRN | Date: October 22, 2020 |
| Courtroom Deputy: Stacy Libid | FTR: Courtroom C203 |

| *Parties:* | *Counsel:* |
|---|---|
| ESTATE OF ELIJAH JAVON MCCLAIN, by and through its personal representatives Sheneen McClain and Lawayne Mosley, SHENEEN MCCLAIN, individually, LAWAYNE MOSLEY, individually, | Liana Orshan Michael Fairhurst Mari Newman |
| Plaintiffs, | |
| v. | |
| CITY OF AURORA, COLORADO, a municipality; OFFICER NATHAN WOODYARD, in his individual and official capacity; OFFICER RANDY ROEDEMA, in his individual and official capacity; OFFICER JASON ROSENBLATT, in his individual and official capacity; OFFICER MATTHEW GREEN, in his individual and official capacity; SERGEANT DALE LEONARD, in his individual and official capacity; OFFICER ALICIA WARD, in her individual and official capacity; OFFICER KYLE DITTRICH, in his individual and official capacity; OFFICER ERICA MARRERO, in her individual and official capacity; OFFICER JAMES ROOT, in his individual and official capacity; OFFICER JORDAN MULLINS-ORCUTT, in his individual and official capacity; OFFICER DARREN DUNSON, in his individual and official capacity; SERGEANT RACHEL NUNEZ, in her individual and official capacity; | Isabelle Evans Peter Morales Jonathan Abramson Yulia Nikolaevskaya Stephen Hensen Michael Lowe |

LIEUTENANT PETER CICHUNIEC, in his
individual and official capacity;
PARAMEDIC JEREMY COOPER, in his individual
and official capacity;
DR. ERIC HILL, in his individual capacity,

Defendants.

## COURTROOM MINUTES

### TELEPHONIC SCHEDULING CONFERENCE

**10:00 a.m.    Court in session.**

Court calls case. Appearances of counsel.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.**

Initial Disclosures shall be made on or before **November 18, 2020**.

Joinder of Parties/Amendment to Pleadings: **January 6, 2021**

Discovery Cut-off: **August 23, 2021**

Dispositive Motions Deadline: **September 22, 2021**

Plaintiff shall be limited to 10 depositions non-expert/non-party.
Defendant shall be limited to 10 depositions non-expert/non-party collectively.
Depositions shall not exceed 7 hours, for each side, without prior agreement or absent leave of court.

Plaintiffs collectively shall be limited to fifteen (15) interrogatories to Defendants Woodyard, Roedema, Rosenblatt, Cooper, Cichuniec, and Hill; five (5) interrogatories to each remaining APD Defendant, and twenty-five (25) interrogatories to Defendant City of Aurora. Each Defendant group (Aurora Defendants, APD Defendants, AFR Defendants, and Dr. Hill) may serve a total of ten (10) interrogatories to the Plaintiffs. Plaintiffs collectively shall be limited to fifteen (15) requests for production for each individual Defendant and thirty-five (35) requests for production to Aurora. Plaintiffs shall be limited to fifteen (15) requests for admission to Woodyard, Roedema, Rosenblatt, Cooper, Cichuniec, and Hill; seven (7) requests for admission to the remaining individual Defendants; and twenty-five (25) requests for admission to Defendant City of

Aurora. Each Defendant group (Aurora Defendants, APD Defendants, AFR Defendants, and Dr. Hill) may serve a total of ten (10) requests for production and ten (10) requests for admission to Plaintiffs.

Interrogatories, Requests for Production, and Requests for Admissions shall be served 45 days prior to the discovery cut-off.

Each side shall be limited to 7 expert witnesses, absent leave of court.
Disclosure of Affirmative Experts: **May 17, 2021**
Disclosure of Rebuttal Experts: **July 12, 2021**
The disclosure of Experts shall be consistent with Fed. R. Civ. P. 26(a)2(B).

**Telephonic Status Conference** is set for **January 6, 2021 at 2:00 p.m.** before Magistrate Judge N. Reid Neureiter in Courtroom C203, Second floor, Byron G. Rogers Courthouse, 1929 Stout Street, Denver, Colorado 80294. The parties are directed to call the conference line as a participant at (888) 398-2342, Access Code 5755390# at the scheduled time.

**TRIAL** Judge Daniel D. Domenico will set a Final Pretrial Conference, Trial Preparation Conference and Trial dates at a later time. Parties shall email Judge Domenico's Chambers at Domenico_Chambers@cod.uscourts.gov to obtain those dates.

**Counsel may not file any OPPOSED discovery motions without leave of court. Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1(a) in an effort to resolve the issues.  If that is unsuccessful, counsel shall jointly call Chambers at (303) 335-2403 to arrange for a discovery hearing before the Court. At least two business days prior to the hearing, the parties shall email Chambers** Neureiter_Chambers@cod.uscourts.gov  **a joint statement, no longer than ten pages, setting out each party's position with regard to each dispute.**

**Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.**

**Scheduling Order entered.**

**10:56 a.m.    Court in recess.**

Hearing concluded.
Total in-court time:   00:56

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.