## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-2389-DDD-NRN

ESTATE OF ELIJAH JAVON MCCLAIN, by and through its personal representatives Sheneen McClain and Lawayne Mosley;
SHENEEN MCCLAIN, individually;
LAWAYNE MOSLEY, individually;

      Plaintiffs,

v.

CITY OF AURORA, COLORADO, a municipality;
OFFICER NATHAN WOODYARD, in his individual and official capacity;
OFFICER RANDY ROEDEMA, in his individual and official capacity;
OFFICER JASON ROSENBLATT, in his individual and official capacity;
OFFICER MATTHEW GREEN, in his individual and official capacity;
SERGEANT DALE LEONARD, in his individual and official capacity;
OFFICER ALICIA WARD, in her individual and official capacity;
OFFICER KYLE DITTRICH, in his individual and official capacity;
OFFICER ERICA MARRERO, in her individual and official capacity;
OFFICER JAMES ROOT, in his individual and official capacity;
OFFICER JORDAN MULLINS-ORCUTT, in his individual and official capacity;
OFFICER DARREN DUNSON, in his individual and official capacity;
SERGEANT RACHEL NUNEZ, in her individual and official capacity;
LIEUTENANT PETER CICHUNIEC, in his individual and official capacity;
PARAMEDIC JEREMY COOPER, in his individual and official capacity;
DR. ERIC HILL, in his individual capacity;

      Defendants.

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER CONCERNING
## CONFIDENTIAL INFORMATION

The Parties, by and through their respective undersigned counsel of record, hereby move this Court for entry of the attached Protective Order Concerning Confidential Information as follows:

1. This is an action which the parties anticipate may require the production of confidential information that implicates common law and statutory privacy interests of the Plaintiffs and Defendants, including medical and mental health records, financial records, employee personnel records, and third-party personnel and medical records.

2. Rule 26(c) provides for the entry of "any order which justice requires to protect a party or person from annoyance, embarrassment, oppression or undue burden or expense."

3. The parties have stipulated to and request entry by the Court of the Protective Order Concerning Confidential Information, attached hereto as **Exhibit 1**.

WHEREFORE, the Parties respectfully request that the Court enter the attached Stipulated Protective Order Concerning Confidential Information.

Respectfully submitted this 16th day of November 2020.

| | |
|---|---|
| *s/ Mari Newman* | *s/ Isabelle Evans* |
| _____ | _____ |
| Mari Newman | Peter Morales |
| Michael P. Fairhurst | Isabelle Evans |
| Liana Orshan | Aurora City Attorney's Office |
| KILLMER, LANE & NEWMAN, LLP | 15151 E. Alameda Parkway, Suite 5300 |
| 1543 Champa Street, Suite 400 | Aurora, CO 80012 |
| Denver, CO 80202 | Telephone: (303) 739-7030 |
| mnew@kln-law.com | Facsimile: (303) 739-7042 |
| mfairhurst@kln-law.com | pmorales@auroragov.org |
| lorshan@kln-law.com | ievans@auroragov.org |
| *Attorneys for Plaintiff* | *Attorneys for Defendant City of Aurora, and Defendants Woodyard, Roedema, Rosenblatt, Green, Leonard, Ward, Dittrich, Marrero, Root, Mullins-Orcutt, Dunson, Nunez, Cichuniec, and Cooper in their official capacities ("Aurora Defendants")* |
| *s/ Stephen J. Hensen* | |
| _____ | |
| Stephen J. Hensen | |
| Hensen | DuWaldt | |
| 1001 Bannock St., Suite 39 | |
| Denver, CO 80204 | |

303-223-0773 p
Mobile: 303-895-4199 c
steve@hendulaw.com
*Attorney for Defendant Dr. Eric Hill*


s/ Michael Lowe
_____
Michael Lowe
David Goddard
Bruno, Colin & Lowe, P.C.
1999 Broadway, Suite 4300
Denver, Colorado 80202
P: 303.831.1099
F: 303.831.1088
MLowe@brunolawyers.com
dgoddard@brunolawyers.com
*Attorneys for Defendants Cichuniec and Cooper in their individual capacities ("AFR Defendants")*

s/ Jonathan M. Abramson
_____
Jonathan M. Abramson
Yulia Nikolaevskaya
Kissinger & Fellman, P.C.
3773 Cherry Creek N. Dr., #900
Denver, CO 80209
Telephone: 303-320-6100
Facsimile: 303-327-8601
jonathan@kandf.com
julie@kandf.com
*Attorneys for Defendants Dittrich, Dunson, Green, Leonard, Marrero, Mullins-Orcutt, Nunez, Roedema, Root, Rosenblatt, Ward, and Woodyard in their individual capacities ("APD Defendants")*

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Peter Morales
Isabelle Evans
Aurora City Attorney's Office
15151 E. Alameda Parkway, Suite 5300
Aurora, CO 80012
pmorales@auroragov.org
ievans@auroragov.org

*Counsel for Defendant City of Aurora, and Defendants Woodyard, Roedema, Rosenblatt, Green, Leonard, Ward, Dittrich, Marrero, Root, Mullins-Orcutt, Dunson, Nunez, Cichuniec, Cooper, in their official capacities*

Jonathan M. Abramson
Yulia Nikolaevskaya
Kissinger & Fellman, P.C.
3773 Cherry Creek N. Dr., #900
Denver, CO 80209

jonathan@kandf.com
julie@kandf.com

*Attorney for Defendants Dittrich, Dunson, Green, Leonard, Marrero, Mullins-Orcutt, Nunez, Roedema, Root, Rosenblatt, Ward, and Woodyard in their individual capacities*

Stephen J. Hensen
Partner
Hensen | DuWaldt
1001 Bannock St., Suite 39
Denver, CO 80204
steve@hendulaw.com

*Attorney for Dr. Eric Hill*

Michael Lowe
David Goddard
Bruno, Colin & Lowe, P.C.
1999 Broadway, Suite 4300
Denver, Colorado 80202
MLowe@brunolawyers.com
dgoddard@brunolawyers.com

*Attorneys for Defendants Cichuniec and Cooper in their individual capacities*

                                                              KILLMER, LANE & NEWMAN, LLP

                                                              *s/ Jesse Askeland*
                                                              _____
                                                              Jesse Askeland