IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

*Civil Action No. 20-cv-02389-DDD-NRN*

ESTATE OF ELIJAH JAVON MCCLAIN, by and through its personal representatives Sheneen McClain and Lawayne Mosley,
SHENEEN MCCLAIN, individually,
LAWAYNE MOSLEY, individually,

    Plaintiffs,

v.

CITY OF AURORA, COLORADO, a municipality,
OFFICER NATHAN WOODYARD, in his individual and official capacity,
OFFICER RANDY ROEDEMA, in his individual and official capacity,
OFFICER JASON ROSENBLATT, in his individual and official capacity,
OFFICER MATTHEW GREEN, in his individual and official capacity,
SERGEANT DALE LEONARD, in his individual and official capacity,
OFFICER ALICIA WARD, in her individual and official capacity,
OFFICER KYLE DITTRICH, in his individual and official capacity,
OFFICER ERICA MARRERO, in her individual and official capacity,
OFFICER JAMES ROOT, in his individual and official capacity,
OFFICER JORDAN MULLINS-ORCUTT, in his individual and official capacity,
OFFICER DARREN DUNSON, in his individual and official capacity,
SERGEANT RACHEL NUNEZ, in her individual and official capacity,
LIEUTENANT PETER CICHUNIEC, in his individual and official capacity,
PARAMEDIC JEREMY COOPER, in his individual and official capacity,
DR. ERIC HILL, in his individual capacity,

    Defendants.

## APD DEFENDANTS DITTRICH, MARRERO, ROOT, MULLINS-ORCUTT, DUNSON AND NUNEZ' MOTION FOR LEAVE TO FILE MOTION TO DISMISS IN EXCESS OF LENGTH LIMITATIONS

Aurora Police Department ("APD") Defendants Officer Kyle Dittrich ("Former Officer Dittrich"), Officer Erica Marrero ("Former Officer Marrero"), Officer James Root ("Officer Root"), Officer Jordan Mullins-Orcutt ("Officer Mullins-Orcutt"), Officer Darren Dunson ("Officer Dunson"), and Sergeant Rachel Nunez ("Sergeant Nunez") (collectively

"APD Defendants"), in their individual capacity, by and through their individual capacity counsel, Jonathan M. Abramson and Yulia Nikolaevskaya of Kissinger & Fellman, P.C., hereby submit their Motion for Leave to File Motion to Dismiss in Excess of Length Limitations as follows.

### CERTIFICATION PURSUANT TO D.C.COLO.LCivR 7.1 AND JUDGE DANIEL D. DOMENICO'S PRACTICE STANDARDS FOR CIVIL CASES (Revised November 22, 2019)

Undersigned counsel for APD Defendants hereby certify that pursuant to D.C.COLO.LCIVR 7.1(a) they conferred with Plaintiffs' counsel, Mari Newman, Esq. and all other defense counsel of record, via email between November 20, 2020 and November 23, 2020 regarding the relief requested herein. Plaintiffs' counsel does not oppose the relief requested herein as long as Plaintiffs are granted the same total pages (or words) for their response which they may wish to consolidate. All other defense counsel of record does not oppose the relief requested herein.

### MOTION

1. Pursuant to the Court's Order dated October 16, 2020 (ECF 23) APD Defendants' deadline to answer or otherwise respond is November 30, 2020.

2. In addition to filing an Answer on behalf of Defendant Officers Woodyard, Roedema and Rosenblatt, in their individual capacity, undersigned counsel also intends to file three (3) separate motions to dismiss on behalf of:

    (a) Officer Woodyard, Officer Roedema and Former Officer Rosenblatt,

    (b) Officer Green, Sergeant Leonard and Officer Ward; and

    (c) Former Officer Dittrich, Former Officer Marrero, Officer Mullins-Orcutt, Officer Root, Officer Dunson and Sergeant Nunez.

3. The decision to file three (3) separate motions on behalf of the above mentioned APD Defendants' groups was based on similarities in factual allegations and legal causes of action alleged in the Complaint.

4. Judge Domenico's Practice Standards require counsel to limit motions to dismiss to 4,000 words, the equivalent of 15 pages, absent leave of court. (*See* Judge Domenico's Practice Standard III(A)(1)).

5. Former Officer Dittrich, Former Officer Marrero, Officer Root, Officer Mullins-Orcutt, Officer Dunson, and Sergeant Nunez' Motion to Dismiss is anticipated to exceed the page limit by no more than four (4) additional pages, or approximately 1,190 additional words for a total not to exceed 5,190 words.

6. In addition to stating more than three hundred and ninety (390) factual allegations over 73 pages, Plaintiffs' Complaint makes three separate claims for relief against these specific APD Defendants.

7. In order to effectively represent each of these APD Defendants' position in the Motion to Dismiss, it is necessary to state the issues and supporting legal argument in a clear and concise manner causing the Motion to Dismiss to exceed the 15 page limitation imposed by the Court.

8. These APD Defendants have attempted to be as concise as possible to inform the Court as to the relevant arguments and case law but have been unable to stay within the Court's required length limitation.

WHEREFORE, Aurora Police Department Defendants Officer Kyle Dittrich, Officer Erica Marrero, Officer James Root, Officer Jordan Mullins-Orcutt, Officer Darren Dunson, and Sergeant Rachel Nunez respectfully request that the Court grant them leave to file a Motion to Dismiss in excess of the Court's length limitations, not to exceed 19 pages (excluding the caption, signature blocks, certificate of service and certificate of compliance).

Dated November 24, 2020.

*/s/ Jonathan M. Abramson*
Jonathan M. Abramson
Yulia Nikolaevskaya
Kissinger & Fellman, P.C.
3773 Cherry Creek N. Dr., #900
Denver, CO 80209
Telephone: 303-320-6100
Facsimile: 303-327-8601
Email: jonathan@kandf.com
           julie@kandf.com
*Attorneys for Defendants Dittrich, Dunson, Green, Leonard, Marrero, Mullins-Orcutt, Nunez, Roedema, Root, Rosenblatt, Ward, and Woodyard in their individual capacities ("APD Defendants")*

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of November 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Liana Orshan, Esq. (lorshan@kln-law.com)
Michael Fairhurst, Esq. (mfairhurst@kln-law.com)
Mari Newman, Esq. (mnewman@kln-law.com)
*ATTORNEYS FOR PLAINTIFFS*

Peter Morales, Esq. (pmorales@auroragov.org)
Isabelle Evans, Esq. (ievans@auroragov.org)
*ATTORNEYS FOR DEFENDANTS CITY OF AURORA, COLORADO, NATHAN WOODYARD, RANDY ROEDEMA, JASON ROSENBLATT, MATTHEW T. GREEN, DALE LEONARD, ALICIA WARD, KYLE DITTRICH, ERICA MARRERO, JAMES*

5

*ROOT, JORDAN MULLINS-ORCUTT, DARREN DUNSON, RACHEL NUNEZ, PETER CICHUNIEC AND JEREMY COOPER, IN THEIR OFFICIAL CAPACITIES*

Michael Lowe, Esq. (mlowe@brunolawyers.com)
David Goddard, Esq. (dgoddard@brunolawers.com)
*ATTORNEYS FOR DEFENDANTS PETER CICHUNIEC AND JEREMY COOPER, IN THEIR INDIVIDUAL CAPACITIES*

Stephen J. Hensen, Esq. (steve@hendulaw.com)
*ATTORNEY FOR DEFENDANT DR. ERIC HILL, IN HIS INDIVIDUAL CAPACITY*

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participants in the manner (mail, hand delivery, etc.) indicated by the non-participant's name:

By:   ***s/ Jonathan M. Abramson***
         Jonathan M. Abramson

5