**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-2389-DDD-NRN

ESTATE OF ELIJAH JAVON MCCLAIN, by and through its personal representatives Sheneen McClain and Lawayne Mosley;
SHENEEN MCCLAIN, individually;
LAWAYNE MOSLEY, individually;

    Plaintiffs,

v.

CITY OF AURORA, COLORADO, a municipality;
OFFICER NATHAN WOODYARD, in his individual and official capacity;
OFFICER RANDY ROEDEMA, in his individual and official capacity;
OFFICER JASON ROSENBLATT, in his individual and official capacity;
OFFICER MATTHEW GREEN, in his individual and official capacity;
SERGEANT DALE LEONARD, in his individual and official capacity;
OFFICER ALICIA WARD, in her individual and official capacity;
OFFICER KYLE DITTRICH, in his individual and official capacity;
OFFICER ERICA MARRERO, in her individual and official capacity;
OFFICER JAMES ROOT, in his individual and official capacity;
OFFICER JORDAN MULLINS-ORCUTT, in his individual and official capacity;
OFFICER DARREN DUNSON, in his individual and official capacity;
SERGEANT RACHEL NUNEZ, in her individual and official capacity;
LIEUTENANT PETER CICHUNIEC, in his individual and official capacity;
PARAMEDIC JEREMY COOPER, in his individual and official capacity;
DR. ERIC HILL, in his individual capacity;

    Defendants.

---

**DEFENDANT ERIC HILL, M.D.'S UNOPPOSED MOTION FOR A ONE WEEK
EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

---

    Defendant Eric Hill, M.D. ("Dr. Hill"), by and through his attorney Stephen J. Hensen of

Hensen DuWaldt, hereby moves this Honorable Court for an Order extending the time within

which he has to respond to Plaintiffs' Complaint through and including December 7, 2020,

1

AND AS GROUNDS THEREFORE, states as follows:

1. Dr. Hill's response is presently due on November 30, 2020.

2. Counsel for Dr. Hill has requested the opportunity to have a meaningful conferral with counsel for Plaintiffs about the two claims asserted against him and needs the additional time requested to complete that conferral.

3. Counsel for Plaintiffs has graciously advised that she does not oppose the requested extension.

4. The November 30, 2020 deadline is set forth in the Scheduling Order

5. Pursuant to D.C.COLO.LCivR 6.1(c), a copy of this motion has been served on Dr. Hill.

6. Neither the Court, nor any party to this case will be unfairly prejudiced by the requested one week extension

WHEREFORE, Dr. Hill respectfully requests a one week extension of time to file his response to Plaintiffs' complaint through and including December 7, 2020.

Dated: November 30, 2020

HENSEN DUWALDT
*(Original signature on file at the offices of Hensen DuWaldt)*

*/s/ Stephen J. Hensen*
Stephen J. Hensen
*Attorneys for Defendant Eric Hill, M.D.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2020 a true and correct copy of the foregoing was served to all counsel via e-mail as follows:

| | |
|---|---|
| Mari Newman, Esq. | Peter Morales, Esq. |
| Michael P. Fairhurst, Esq. | Isabelle Evans, Esq. |
| Liana Orshan, Esq. | Aurora City Attorney's Office |
| KILLMER, LANE & NEWMAN, LLP | 15151 E. Alameda Parkway, Suite 5300 |
| 1543 Champa Street, Suite 400 | Aurora, CO 80012 |
| Denver, CO 80202 | Telephone: (303) 739-7030 |
| mnew@kln-law.com | Facsimile: (303) 739-7042 |
| mfairhurst@kln-law.com | pmorales@auroragov.org |
| lorshan@kln-law.com | ievans@auroragov.org |
| *Attorneys for Plaintiff* | *Attorneys for Defendant City of Aurora, and Defendants Woodyard, Roedema, Rosenblatt, Green, Leonard, Ward, Dittrich, Marrero, Root, Mullins-Orcutt, Dunson, Nunez, Cichuniec, and Cooper in their official capacities ("Aurora Defendants")* |
| Michael Lowe, Esq. | |
| David Goddard, Esq. | |
| Bruno, Colin & Lowe, P.C. | |
| 1999 Broadway, Suite 4300 | |
| Denver, Colorado 80202 | Jonathan M. Abramson, Esq. |
| P: 303.831.1099 | Julia Nikolaevskaya, Esq. |
| F: 303.831.1088 | Kissinger & Fellman, P.C. |
| MLowe@brunolawyers.com | 3773 Cherry Creek N. Dr., #900 |
| dgoddard@brunolawyers.com | Denver, CO 80209 |
| *Attorneys for Defendants Cichuniec and Cooper in their individual capacities ("AFR Defendants")* | Telephone: 303-320-6100 |
| | Facsimile: 303-327-8601 |
| | jonathan@kandf.com |
| | julie@kandf.com |
| | *Attorneys for Defendants Dittrich, Dunson, Green, Leonard, Marrero, Mullins-Orcutt, Nunez, Roedema, Root, Rosenblatt, Ward, and Woodyard in their individual capacities ("APD Defendants")* |

_____
Stephen J. Hensen