# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-2389-DDD-NRN

ESTATE OF ELIJAH JAVON MCCLAIN, by and through its personal representatives Sheneen McClain and Lawayne Mosley;
SHENEEN MCCLAIN, individually;
LAWAYNE MOSLEY, individually;

    Plaintiffs,

v.

CITY OF AURORA, COLORADO, a municipality;
OFFICER NATHAN WOODYARD, in his individual and official capacity;
OFFICER RANDY ROEDEMA, in his individual and official capacity;
OFFICER JASON ROSENBLATT, in his individual and official capacity;
OFFICER MATTHEW GREEN, in his individual and official capacity;
SERGEANT DALE LEONARD, in his individual and official capacity;
OFFICER ALICIA WARD, in her individual and official capacity;
OFFICER KYLE DITTRICH, in his individual and official capacity;
OFFICER ERICA MARRERO, in her individual and official capacity;
OFFICER JAMES ROOT, in his individual and official capacity;
OFFICER JORDAN MULLINS-ORCUTT, in his individual and official capacity;
OFFICER DARREN DUNSON, in his individual and official capacity;
SERGEANT RACHEL NUNEZ, in her individual and official capacity;
LIEUTENANT PETER CICHUNIEC, in his individual and official capacity;
PARAMEDIC JEREMY COOPER, in his individual and official capacity;
DR. ERIC HILL, in his individual capacity;

    Defendants.

---

### DEFENDANT ERIC HILL, M.D.'S <u>SECOND</u> UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT

---

Defendant Eric Hill, M.D. ("Dr. Hill"), by and through his attorney Stephen J. Hensen of Hensen DuWaldt, hereby moves this Honorable Court for an Order extending the time within which he has to respond to Plaintiffs' Complaint through and including December 18, 2020,

1

AND AS GROUNDS THEREFORE, states as follows:

1. Dr. Hill's response is presently due on December 7, 2020.

2. Counsel for Dr. Hill had an hour long telephone conference with counsel for Plaintiffs on December 2, 2020 in an effort to confer about the two claims asserted against him. During that call, it was agreed that Dr. Hill would work to obtain certain documents and provide those to counsel for Plaintiffs to consider in relation to Dr. Hill's request that Plaintiffs voluntarily dismiss their claims against him.  Dr. Hill needs the additional time to obtain the requested documents and provide Plaintiffs with the time to review those documents.

3. Counsel for Plaintiffs has graciously advised that she does not oppose the requested extension.

4. The December 7, 2020 deadline is set forth in the Court's November 30, 2020 Order granting Dr. Hill's first request for a one week extension of time.

5. Pursuant to D.C.COLO.LCivR 6.1(c), a copy of this motion has been served on Dr. Hill.

6. Neither the Court, nor any party to this case will be unfairly prejudiced by the requested one week extension

WHEREFORE, Dr. Hill respectfully requests an extension of time to file his response to Plaintiffs' complaint through and including December 18, 2020.

Dated: December 5, 2020

                                            HENSEN DUWALDT
*(Original signature on file at the offices of Hensen DuWaldt)*
*/s/ Stephen J. Hensen*
Stephen J. Hensen
*Attorneys for Defendant Eric Hill, M.D.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2020 a true and correct copy of the foregoing was served to all counsel via e-mail as follows:

Mari Newman, Esq.
Michael P. Fairhurst, Esq.
Liana Orshan, Esq.
KILLMER, LANE & NEWMAN, LLP
1543 Champa Street, Suite 400
Denver, CO 80202
mnew@kln-law.com
mfairhurst@kln-law.com
lorshan@kln-law.com
*Attorneys for Plaintiff*

Michael Lowe, Esq.
David Goddard, Esq.
Bruno, Colin & Lowe, P.C.
1999 Broadway, Suite 4300
Denver, Colorado 80202
P: 303.831.1099
F: 303.831.1088
MLowe@brunolawyers.com
dgoddard@brunolawyers.com
*Attorneys for Defendants Cichuniec and Cooper in their individual capacities ("AFR Defendants")*

Peter Morales, Esq.
Isabelle Evans, Esq.
Aurora City Attorney's Office
15151 E. Alameda Parkway, Suite 5300
Aurora, CO 80012
Telephone: (303) 739-7030
Facsimile: (303) 739-7042
pmorales@auroragov.org
ievans@auroragov.org
*Attorneys for Defendant City of Aurora, and Defendants Woodyard, Roedema, Rosenblatt, Green, Leonard, Ward, Dittrich, Marrero, Root, Mullins-Orcutt, Dunson, Nunez, Cichuniec, and Cooper in their official capacities ("Aurora Defendants")*

Jonathan M. Abramson, Esq.
Julia Nikolaevskaya, Esq.
Kissinger & Fellman, P.C.
3773 Cherry Creek N. Dr., #900
Denver, CO 80209
Telephone: 303-320-6100
Facsimile: 303-327-8601
jonathan@kandf.com
julie@kandf.com
*Attorneys for Defendants Dittrich, Dunson, Green, Leonard, Marrero, Mullins-Orcutt, Nunez, Roedema, Root, Rosenblatt, Ward, and Woodyard in their individual capacities ("APD Defendants")*

_____
Stephen J. Hensen