# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-2389-DDD-NRN

ESTATE OF ELIJAH JAVON MCCLAIN, by and through its personal representatives Sheneen McClain and Lawayne Mosley;
SHENEEN MCCLAIN, individually;
LAWAYNE MOSLEY, individually;

      Plaintiffs,

v.

CITY OF AURORA, COLORADO, a municipality;
OFFICER NATHAN WOODYARD, in his individual and official capacity;
OFFICER RANDY ROEDEMA, in his individual and official capacity;
OFFICER JASON ROSENBLATT, in his individual and official capacity;
OFFICER MATTHEW GREEN, in his individual and official capacity;
SERGEANT DALE LEONARD, in his individual and official capacity;
OFFICER ALICIA WARD, in her individual and official capacity;
OFFICER KYLE DITTRICH, in his individual and official capacity;
OFFICER ERICA MARRERO, in her individual and official capacity;
OFFICER JAMES ROOT, in his individual and official capacity;
OFFICER JORDAN MULLINS-ORCUTT, in his individual and official capacity;
OFFICER DARREN DUNSON, in his individual and official capacity;
SERGEANT RACHEL NUNEZ, in her individual and official capacity;
LIEUTENANT PETER CICHUNIEC, in his individual and official capacity;
PARAMEDIC JEREMY COOPER, in his individual and official capacity;
DR. ERIC HILL, in his individual capacity.

      Defendants.
_____

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS BY FILING AMENDED COMPLAINT
_____

      Plaintiffs, by and through their undersigned counsel of record, Mari Newman, Michael P. Fairhurst, and Liana Orshan of KILLMER, LANE & NEWMAN, LLP, hereby move for an extension of time to respond to all Defendants' Motions to Dismiss by filing an amended complaint, and state as follows:

1. On November 30, 2020, Defendants City of Aurora and all Individual Defendants in their official capacities filed a Motion to Dismiss [Doc. 37], Defendants Cichuniec and Cooper filed a Motion to Dismiss [Doc. 38], Defendants Woodyard, Roedema and Rosenblatt filed a Motion to Dismiss [Doc. 39], Defendants Green Leonard and Ward filed a Motion to Dismiss [Doc. 40], and Defendants Dittrich, Marrero, Root, Mullins-Orcutt, Dunson and Nunez filed a Motion to Dismiss [Doc. 41].

2. Plaintiffs' responses to these five motions to dismiss are due on or before December 21, 2020.

3. Further, counsel for Defendant Hill has indicated that he plans to file a motion to dismiss.

4. As allowed by Federal Rules of Civil Procedure, Plaintiffs' counsel intend to file an amended complaint as a matter of course pursuant to Fed.R.Civ.P. 15(a)(1)(B).

5. On October 9, 2020, Plaintiffs served Defendant City of Aurora with their first set of written discovery. Defendants have requested and received an extension of time to respond to those requests up to and including December 24, 2020. Discovery requests to the remaining Defendants will be served today.

6. Given the upcoming holidays, and in order to evaluate the forthcoming documents, including internal affairs files, personnel files, use of force files, and other relevant documents requested, Plaintiffs are requesting an extension of time, up to and including January 20, 2020 within which to file their amended Complaint.

7. By operation of the rules, Defendants' responsive pleadings would be due 14 days thereafter.

8. Pursuant to D.C.Colo.LCiv.R 7.1, Counsel for Plaintiffs, Mari Newman certifies that she conferred with counsel for all Defendants via email on December 15-17, 2020, and Defendants do not oppose the relief sought herein.

9. Further, counsel for Plaintiffs counsel certify that a copy of this motion will be served on their clients pursuant to D.C.Colo.LCiv.R 6.1.

WHEREFORE Plaintiffs respectfully request that this motion for extension of time be granted, providing up to and including January 20, 2021 to respond to all Defendants Motions to Dismiss by filing an amended Complaint.

DATED this 17th day of December 2020.

Killmer, Lane & Newman, LLP

*s/ Mari Newman*

_____
Mari Newman
Michael Fairhurst
Liana Gerstle Orshan
1543 Champa Street, Suite 400
Denver, Colorado 80202
Phone: (303) 571-1000
mnewman@kln-law.com
mfairhurst@kln-law.com
lorshan@kln-law.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Peter Morales
Isabelle Evans
Aurora City Attorney's Office
15151 E. Alameda Parkway, Suite 5300
Aurora, CO 80012
pmorales@auroragov.org

*Counsel for Defendant City of Aurora, and Defendants Woodyard, Roedema, Rosenblatt, Green, Leonard, Ward, Dittrich, Marrero, Root, Mullins-Orcutt, Dunson, Nunez, Cichuniec, Cooper, in their official capacities*

Jonathan M. Abramson
Yulia Nikolaevskaya
Kissinger & Fellman, P.C.
3773 Cherry Creek N. Dr., #900
Denver, CO 80209
jonathan@kandf.com
julie@kandf.com

*Attorney for Defendants Dittrich, Dunson, Green, Leonard, Marrero, Mullins-Orcutt, Nunez, Roedema, Root, Rosenblatt, Ward, and Woodyard in their individual capacities*

Stephen J. Hensen
Partner
Hensen | DuWaldt
1001 Bannock St., Suite 39
Denver, CO 80204
steve@hendulaw.com

*Attorney for Dr. Eric Hill*

Michael Lowe
David Goddard
Bruno, Colin & Lowe, P.C.
1999 Broadway, Suite 4300
Denver, Colorado 80202
MLowe@brunolawyers.com
dgoddard@brunolawyers.com

*Attorneys for Defendants Cichuniec and Cooper in their individual capacities*

                                                       KILLMER, LANE & NEWMAN, LLP

                                                       *s/ Jesse Askeland*
                                                       _____
                                                       Jesse Askeland