**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-2389-DDD-NRN

ESTATE OF ELIJAH JAVON MCCLAIN, by and through its personal representatives Sheneen McClain and Lawayne Mosley;
SHENEEN MCCLAIN, individually;
LAWAYNE MOSLEY, individually;

      Plaintiffs,

v.

CITY OF AURORA, COLORADO, a municipality;
OFFICER NATHAN WOODYARD, in his individual and official capacity;
OFFICER RANDY ROEDEMA, in his individual and official capacity;
OFFICER JASON ROSENBLATT, in his individual and official capacity;
OFFICER MATTHEW GREEN, in his individual and official capacity;
SERGEANT DALE LEONARD, in his individual and official capacity;
OFFICER ALICIA WARD, in her individual and official capacity;
OFFICER KYLE DITTRICH, in his individual and official capacity;
OFFICER ERICA MARRERO, in her individual and official capacity;
OFFICER JAMES ROOT, in his individual and official capacity;
OFFICER JORDAN MULLINS-ORCUTT, in his individual and official capacity;
OFFICER DARREN DUNSON, in his individual and official capacity;
SERGEANT RACHEL NUNEZ, in her individual and official capacity;
LIEUTENANT PETER CICHUNIEC, in his individual and official capacity;
PARAMEDIC JEREMY COOPER, in his individual and official capacity;
DR. ERIC HILL, in his individual capacity;

      Defendants.

---

**DEFENDANT ERIC HILL, M.D.'S <u>THIRD</u> UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

---

      Defendant Eric Hill, M.D. ("Dr. Hill"), by and through his attorney Stephen J. Hensen of

Hensen DuWaldt, hereby moves this Honorable Court for an Order extending the time within

which he has to respond to Plaintiffs' Complaint through and including 14 days after Plaintiffs

1

file their amended complaint,

AND AS GROUNDS THEREFORE, states as follows:

1. Dr. Hill's response to Plaintiffs' Complaint is presently due on December 18, 2020.

2. Counsel for Dr. Hill has been actively communicating with counsel for Plaintiffs about his plan to file a motion to dismiss. During those communications, counsel for Plaintiffs advised that they plan to file an amended complaint on or before January 20, 2021.

3. On December 17, 2020, Plaintiffs filed an UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS BY FILING AMENDED COMPLAINT, Document 47.

4. In the interest of judicial economy and to avoid the needed for duplicative and/or redundant filings, Dr. Hill is requesting that he be allowed to wait until the amended complaint is filed before having to file any responsive pleading.

5. Pursuant to D.C.COLO.LCivR 6.1(c), a copy of this motion has been served on Dr. Hill.

6. Neither the Court, nor any party to this case will be unfairly prejudiced by the requested one week extension

WHEREFORE, Dr. Hill respectfully requests an extension of time to file his response to Plaintiffs' planned amended complaint through and including 14 days after the amended complaint is filed.

Dated: December 18, 2020

> HENSEN DUWALDT
> *(Original signature on file at the offices of Hensen DuWaldt)*
> */s/ Stephen J. Hensen*
> Stephen J. Hensen
> *Attorneys for Defendant Eric Hill, M.D.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2020 a true and correct copy of the foregoing was served to all counsel via e-mail as follows:

Mari Newman, Esq.
Michael P. Fairhurst, Esq.
Liana Orshan, Esq.
KILLMER, LANE & NEWMAN, LLP
1543 Champa Street, Suite 400
Denver, CO 80202
mnew@kln-law.com
mfairhurst@kln-law.com
lorshan@kln-law.com
*Attorneys for Plaintiff*

Michael Lowe, Esq.
David Goddard, Esq.
Bruno, Colin & Lowe, P.C.
1999 Broadway, Suite 4300
Denver, Colorado 80202
P: 303.831.1099
F: 303.831.1088
MLowe@brunolawyers.com
dgoddard@brunolawyers.com
*Attorneys for Defendants Cichuniec and Cooper in their individual capacities ("AFR Defendants")*

Peter Morales, Esq.
Isabelle Evans, Esq.
Aurora City Attorney's Office
15151 E. Alameda Parkway, Suite 5300
Aurora, CO 80012
Telephone: (303) 739-7030
Facsimile: (303) 739-7042
pmorales@auroragov.org
ievans@auroragov.org
*Attorneys for Defendant City of Aurora, and Defendants Woodyard, Roedema, Rosenblatt, Green, Leonard, Ward, Dittrich, Marrero, Root, Mullins-Orcutt, Dunson, Nunez, Cichuniec, and Cooper in their official capacities ("Aurora Defendants")*

Jonathan M. Abramson, Esq.
Julia Nikolaevskaya, Esq.
Kissinger & Fellman, P.C.
3773 Cherry Creek N. Dr., #900
Denver, CO 80209
Telephone: 303-320-6100
Facsimile: 303-327-8601
jonathan@kandf.com
julie@kandf.com
*Attorneys for Defendants Dittrich, Dunson, Green, Leonard, Marrero, Mullins-Orcutt, Nunez, Roedema, Root, Rosenblatt, Ward, and Woodyard in their individual capacities ("APD Defendants")*

_____
Stephen J. Hensen

3