# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-2389-DDD-NRN

ESTATE OF ELIJAH JAVON MCCLAIN, by and through its personal representatives Sheneen McClain and Lawayne Mosley;
SHENEEN MCCLAIN, individually;
LAWAYNE MOSLEY, individually;

      Plaintiffs,

v.

CITY OF AURORA, COLORADO, a municipality;
OFFICER NATHAN WOODYARD, in his individual and official capacity;
OFFICER RANDY ROEDEMA, in his individual and official capacity;
OFFICER JASON ROSENBLATT, in his individual and official capacity;
OFFICER MATTHEW GREEN, in his individual and official capacity;
SERGEANT DALE LEONARD, in his individual and official capacity;
OFFICER ALICIA WARD, in her individual and official capacity;
OFFICER KYLE DITTRICH, in his individual and official capacity;
OFFICER ERICA MARRERO, in her individual and official capacity;
OFFICER JAMES ROOT, in his individual and official capacity;
OFFICER JORDAN MULLINS-ORCUTT, in his individual and official capacity;
OFFICER DARREN DUNSON, in his individual and official capacity;
SERGEANT RACHEL NUNEZ, in her individual and official capacity;
LIEUTENANT PETER CICHUNIEC, in his individual and official capacity;
PARAMEDIC JEREMY COOPER, in his individual and official capacity;
DR. ERIC HILL, in his individual capacity.

      Defendants.

_____

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO BIFURCATE AND STAY DISCOVERY
_____

Plaintiffs, by and through their undersigned counsel of record, Mari Newman, Michael P. Fairhurst, and Liana Orshan of KILLMER, LANE & NEWMAN, LLP, hereby move for an extension of time to respond to all Defendants' Motion to Bifurcate Individual and *Monell* Discovery and Stay *Monell* Discovery [Doc. 43], and state as follows:

1. On December 4, 2020, all Defendants filed a Motion to Bifurcate Individual and Monell Discovery and Stay Monell Discovery [Doc. 43].

2. Plaintiffs' response to this Motion is due on or before December 28, 2020.

3. Due to the upcoming holidays, the offices of Killmer, Lane & Newman, LLP are closed December 24, 25, and January 1.

4. Plaintiffs are requesting a one-week extension of time, up to and including January 2, 2021, within which to file their response to this Motion.

5. No party will be prejudiced by the relief sought herein.

6. Pursuant to D.C.Colo.LCiv.R 7.1, Counsel for Plaintiffs, Liana Orshan certifies that she conferred with counsel for all Defendants via email on December 23 and 24, 2020, and Defendants do not oppose the relief sought herein.

7. Further, counsel for Plaintiffs counsel certify that a copy of this motion will be served on their clients pursuant to D.C.Colo.LCiv.R 6.1.

WHEREFORE Plaintiffs respectfully request that this motion for extension of time be granted, providing up to and including January 4, 2021, to respond to all Defendants' Motion to Bifurcate Individual and *Monell* Discovery and Stay *Monell* Discovery

DATED this 24th day of December 2020.

Killmer, Lane & Newman, LLP

*s/ Liana Orshan*
_____
Mari Newman
Michael Fairhurst
Liana Orshan
1543 Champa Street, Suite 400
Denver, Colorado 80202
Phone: (303) 571-1000
mnewman@kln-law.com
mfairhurst@kln-law.com

lorshan@kln-law.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 24, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Peter Morales
Isabelle Evans
Aurora City Attorney's Office
15151 E. Alameda Parkway, Suite 5300
Aurora, CO 80012
pmorales@auroragov.org
ievans@auroragov.org

*Counsel for Defendant City of Aurora, and Defendants Woodyard, Roedema, Rosenblatt, Green, Leonard, Ward, Dittrich, Marrero, Root, Mullins-Orcutt, Dunson, Nunez, Cichuniec, Cooper, in their official capacities*

Jonathan M. Abramson
Yulia Nikolaevskaya
Kissinger & Fellman, P.C.
3773 Cherry Creek N. Dr., #900
Denver, CO 80209
jonathan@kandf.com
julie@kandf.com

*Attorney for Defendants Dittrich, Dunson, Green, Leonard, Marrero, Mullins-Orcutt, Nunez, Roedema, Root, Rosenblatt, Ward, and Woodyard in their individual capacities*

Stephen J. Hensen
Partner
Hensen | DuWaldt
1001 Bannock St., Suite 39
Denver, CO 80204
steve@hendulaw.com

*Attorney for Dr. Eric Hill*

Michael Lowe
David Goddard
Bruno, Colin & Lowe, P.C.
1999 Broadway, Suite 4300

Denver, Colorado 80202
MLowe@brunolawyers.com
dgoddard@brunolawyers.com

*Attorneys for Defendants Cichuniec and Cooper in their individual capacities*

                                                  KILLMER, LANE & NEWMAN, LLP

                                                  *s/ Liana Orshan*
                                                  _____

                                                  Liana Orshan