# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-2389-DDD-NRN

ESTATE OF ELIJAH JAVON MCCLAIN, *et al.*,

      Plaintiffs,

v.

CITY OF AURORA, COLORADO, *et al.*,

      Defendants.

_____

## NOTICE OF SUPPLEMENTAL AUTHORITY
_____

Plaintiffs, by and through their attorneys, hereby file this Notice of Supplemental Authority to Plaintiffs' "Response to Defendants' Motion to Bifurcate Individual and *Monell* Claims and Motion for Stay of Discovery for *Monell* Claims," [Doc. 53], and state as follows:

The attached order by District of Colorado Judge Christine Arguello in *Estate of Jeffrey Melvin v. City of Colorado Springs, et al.*, denied a motion filed by the defendants in that case to bifurcate individual and *Monell* claims and stay discovery on the *Monell* claims; Judge Arguello refused to bifurcate either trial or discovery and rejected all the same arguments Defendants made in this case, concluding that, among other things, "[i]t is evident from the briefing on the instant Motion, as well as [the] Court's experience and independent legal research, that the relief Defendants urge [the] Court to grant herein is uncommon in this jurisdiction." *See* **Ex. 1**, *Estate of Jeffrey Melvin v. City of Colorado Springs, et al.*, No. 20-cv-00991-CMA-KMT, [Doc. 74], at 4 (D. Colo. Jan. 5, 2021).

DATED this 6th day of January 2021.

                                              Killmer, Lane & Newman, LLP

*s/ Mari Newman*

_____

Mari Newman
Michael Fairhurst
Liana Orshan
1543 Champa Street, Suite 400
Denver, Colorado 80202
Phone: (303) 571-1000
mnewman@kln-law.com
mfairhurst@kln-law.com
lorshan@kln-law.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Peter Morales
Isabelle Evans
Aurora City Attorney's Office
15151 E. Alameda Parkway, Suite 5300
Aurora, CO 80012
pmorales@auroragov.org
ievans@auroragov.org

*Counsel for Defendant City of Aurora, and Defendants Woodyard, Roedema, Rosenblatt, Green, Leonard, Ward, Dittrich, Marrero, Root, Mullins-Orcutt, Dunson, Nunez, Cichuniec, Cooper, in their official capacities*

Jonathan M. Abramson
Yulia Nikolaevskaya
Kissinger & Fellman, P.C.
3773 Cherry Creek N. Dr., #900
Denver, CO 80209
jonathan@kandf.com
julie@kandf.com

*Attorney for Defendants Dittrich, Dunson, Green, Leonard, Marrero, Mullins-Orcutt, Nunez, Roedema, Root, Rosenblatt, Ward, and Woodyard in their individual capacities*

Stephen J. Hensen
Partner
Hensen | DuWaldt
1001 Bannock St., Suite 39
Denver, CO 80204
steve@hendulaw.com

*Attorney for Dr. Eric Hill*

Michael Lowe
David Goddard
Bruno, Colin & Lowe, P.C.
1999 Broadway, Suite 4300
Denver, Colorado 80202
MLowe@brunolawyers.com
dgoddard@brunolawyers.com

*Attorneys for Defendants Cichuniec and Cooper in their individual capacities*

KILLMER, LANE & NEWMAN, LLP

*s/ Jesse Askeland*

_____

Jesse Askeland