IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

Civil Action No: 20-cv-02389-DDD-NRN  Date: January 6, 2021
Courtroom Deputy: Stacy Libid  FTR: Courtroom C203

*Parties:*  *Counsel:*

ESTATE OF ELIJAH JAVON MCCLAIN, by and through its personal representatives Sheneen McClain and Lawayne Mosley,
SHENEEN MCCLAIN, individually,
LAWAYNE MOSLEY, individually,

Liana Orshan
Michael Fairhurst
Mari Newman

   Plaintiffs,

v.

CITY OF AURORA, COLORADO, a municipality;
OFFICER NATHAN WOODYARD, in his individual and official capacity;
OFFICER RANDY ROEDEMA, in his individual and official capacity;
OFFICER JASON ROSENBLATT, in his individual and official capacity;
OFFICER MATTHEW GREEN, in his individual and official capacity;
SERGEANT DALE LEONARD, in his individual and official capacity;
OFFICER ALICIA WARD, in her individual and official capacity;
OFFICER KYLE DITTRICH, in his individual and official capacity;
OFFICER ERICA MARRERO, in her individual and official capacity;
OFFICER JAMES ROOT, in his individual and official capacity;
OFFICER JORDAN MULLINS-ORCUTT, in his individual and official capacity;
OFFICER DARREN DUNSON, in his individual and official capacity;
SERGEANT RACHEL NUNEZ, in her individual and official capacity;

Isabelle Evans
Peter Morales
Jonathan Abramson
Yulia Nikolaevskaya
Stephen Hensen
Michael Lowe
David Goddard

LIEUTENANT PETER CICHUNIEC, in his
individual and official capacity;
PARAMEDIC JEREMY COOPER, in his individual
and official capacity;
DR. ERIC HILL, in his individual capacity,

    Defendants.

# COURTROOM MINUTES

**TELEPHONIC MOTION HEARING**

**2:00 p.m.**     **Court in session.**

Court calls case. Appearance of counsel.

This matter is before the Court regarding:
- Defendants' Motion to Bifurcate Individual and Monell Claims and Motion for Stay of Discovery for Monell Claims [Docket No. 43], and
- Defendants' Joint Motion to Stay Discovery [Docket No. 46].

Arguments by counsel.

For the reasons set forth on the record, it is

**ORDERED:**   Defendants' shall submit a supplemental briefing, no longer than 3 pages in length, addressing Judge Arguello's decision on or before **January 8, 2021.**

**ORDERED:**   Defendants' Motion to Bifurcate Individual and Monell Claims and Motion for Stay of Discovery for Monell Claims [Docket No. 43] **TAKEN UNDER ADVISEMENT.**

**ORDERED:**   Defendants' Joint Motion to Stay Discovery [Docket No. 46] **TAKEN UNDER ADVISEMENT.**

**2:56 p.m.**     **Court in recess.**

Hearing concluded.
Total in-court time:   00:56

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.