### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-2389-DDD-NRN

ESTATE OF ELIJAH JAVON MCCLAIN, *et al.*,

      Plaintiffs,

v.

CITY OF AURORA, COLORADO, *et al.*,

      Defendants.

_____

### NOTICE OF SUPPLEMENTAL AUTHORITY
_____

      Plaintiffs, by and through their attorneys, hereby file this Notice of Supplemental Authority to Plaintiffs' "Response to Defendants' Motion to Bifurcate Individual and *Monell* Claims and Motion for Stay of Discovery for *Monell* Claims," [Doc. 53], and state as follows:

      The attached opinion by the Tenth Circuit Court of Appeals in *Crowson v. Washington County State of Utah* held that successful municipal liability claims do not always depend on a finding that an individual municipal employee committed a constitutional violation (meaning that a determination of no individual liability on a dispositive motion or at the end of a bifurcated trial will not necessarily "foreclose[] the [municipality's] liability"):

> [S]ometimes [a] municipal policy devolves responsibility across multiple officers. In those situations, the policies may be unconstitutional precisely because they fail to ensure that any single officer is positioned to prevent the constitutional violation. Where the sum of multiple officers' actions taken pursuant to municipal policy results in a constitutional violation, the municipality may be directly liable. That is, the municipality may not escape liability by acting through twenty hands rather than two.

*See* **Ex. 1**, *Crowson v. Wash. Cty. State of Utah*, __ F.3d __, 2020 WL 7706471, 2020 U.S. App. LEXIS 40609, at *48-49 (10th Cir. Dec. 29, 2020).

DATED this 8th day of January 2021.

Killmer, Lane & Newman, LLP

*s/ Mari Newman*
_____
Mari Newman
Michael Fairhurst
Liana Orshan
1543 Champa Street, Suite 400
Denver, Colorado 80202
Phone: (303) 571-1000
mnewman@kln-law.com
mfairhurst@kln-law.com
lorshan@kln-law.com

*Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 8, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Peter Morales
Isabelle Evans
Aurora City Attorney's Office
15151 E. Alameda Parkway, Suite 5300
Aurora, CO 80012
pmorales@auroragov.org
ievans@auroragov.org

*Counsel for Defendant City of Aurora, and Defendants Woodyard, Roedema, Rosenblatt, Green, Leonard, Ward, Dittrich, Marrero, Root, Mullins-Orcutt, Dunson, Nunez, Cichuniec, Cooper, in their official capacities*

Jonathan M. Abramson
Yulia Nikolaevskaya
Kissinger & Fellman, P.C.
3773 Cherry Creek N. Dr., #900
Denver, CO 80209
jonathan@kandf.com
julie@kandf.com

*Attorney for Defendants Dittrich, Dunson, Green, Leonard, Marrero, Mullins-Orcutt, Nunez, Roedema, Root, Rosenblatt, Ward, and Woodyard in their individual capacities*

Stephen J. Hensen
Partner
Hensen | DuWaldt
1001 Bannock St., Suite 39
Denver, CO 80204
steve@hendulaw.com

*Attorney for Dr. Eric Hill*

Michael Lowe
David Goddard
Bruno, Colin & Lowe, P.C.
1999 Broadway, Suite 4300
Denver, Colorado 80202
MLowe@brunolawyers.com
dgoddard@brunolawyers.com

*Attorneys for Defendants Cichuniec and Cooper in their individual capacities*

KILLMER, LANE & NEWMAN, LLP

*s/ Jesse Askeland*

_____

Jesse Askeland