# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-2389-DDD-NRN

ESTATE OF ELIJAH JAVON MCCLAIN, by and through its personal representatives Sheneen McClain and Lawayne Mosley;
SHENEEN MCCLAIN, individually;
LAWAYNE MOSLEY, individually;

    Plaintiffs,

v.

CITY OF AURORA, COLORADO, a municipality;
OFFICER NATHAN WOODYARD, in his individual and official capacity;
OFFICER RANDY ROEDEMA, in his individual and official capacity;
OFFICER JASON ROSENBLATT, in his individual and official capacity;
OFFICER MATTHEW GREEN, in his individual and official capacity;
SERGEANT DALE LEONARD, in his individual and official capacity;
OFFICER ALICIA WARD, in her individual and official capacity;
OFFICER KYLE DITTRICH, in his individual and official capacity;
OFFICER ERICA MARRERO, in her individual and official capacity;
OFFICER JAMES ROOT, in his individual and official capacity;
OFFICER JORDAN MULLINS-ORCUTT, in his individual and official capacity;
OFFICER DARREN DUNSON, in his individual and official capacity;
SERGEANT RACHEL NUNEZ, in her individual and official capacity;
LIEUTENANT PETER CICHUNIEC, in his individual and official capacity;
PARAMEDIC JEREMY COOPER, in his individual and official capacity;
DR. ERIC HILL, in his individual capacity.

    Defendants.

_____

**JOINT MOTION FOR ONE BUSINESS DAY EXTENSION OF TIME TO FILE BRIEFS REGARDING GRAND JURY INVESTIGATION**
_____

    Plaintiffs and Defendants, by and through their undersigned counsel of record, hereby submit the following Joint Motion for One Business Day Extension of Time to File Briefs Regarding Grand Jury Investigation, and state as follows:

1.      Certain Defendants have moved to dismiss this action pursuant to Fed. R. Civ. P. 12(b). [Docs. 37-42].

2.      Defendants have also moved to stay discovery in this action pending the resolution of the motions to dismiss, and Plaintiffs have filed their response to that motion. [Docs. 46 & 52].

3.      On January 8, 2021, the Attorney General's Office for the State of Colorado stated that they are in the process of or have already empaneled a grand jury to investigate the actions of the Defendants in this case.

4.      On January 11, 2021, this Court *sua sponte* requested briefing from the Parties regarding the impact the grand jury investigation may have on this case, including the impact on the stay requested by Defendants.

5.      This briefing is to be filed on or before January 15, 2021. [Doc. 60].

6.      The parties have been working diligently to complete this briefing within the timeframe ordered by the Court, but request a small, one business day extension of time, up to and including January 19, 2021[1], to file their briefs.

7.      Counsel for Plaintiffs and Defendants certify that a copy of this motion will be served on their clients pursuant to D.C.Colo.LCiv.R 6.1.

WHEREFORE Plaintiffs and Defendants respectfully request that this motion for extension of time be granted, providing up to and including January 19, 2021 to file briefs regarding the impact of the grand jury investigation on the discovery stay requested by Defendants.

DATED this 14th day of January 2021.

---

[1] Monday, January 18, 2021 is a federal holiday (Martin Luther King, Jr. Day).

*s/ Michael P. Fairhurst*
_____
Mari Newman
Michael P. Fairhurst
Liana Orshan
KILLMER, LANE & NEWMAN, LLP
1543 Champa Street, Suite 400
Denver, CO 80202
mnew@kln-law.com
mfairhurst@kln-law.com
lorshan@kln-law.com

*Attorneys for Plaintiff*


*s/ Michael Lowe*
_____
Michael Lowe
David Goddard
Bruno, Colin & Lowe, P.C.
1999 Broadway, Suite 4300
Denver, Colorado 80202
P: 303.831.1099
F: 303.831.1088
MLowe@brunolawyers.com
dgoddard@brunolawyers.com

*On behalf of All Defendants*


## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Peter Morales
Isabelle Evans
Aurora City Attorney's Office
15151 E. Alameda Parkway, Suite 5300
Aurora, CO 80012
pmorales@auroragov.org
ievans@auroragov.org

*Counsel for Defendant City of Aurora, and Defendants Woodyard, Roedema, Rosenblatt, Green, Leonard, Ward, Dittrich, Marrero, Root, Mullins-Orcutt, Dunson, Nunez, Cichuniec, Cooper, in their official capacities*

Jonathan M. Abramson
Yulia Nikolaevskaya
Kissinger & Fellman, P.C.
3773 Cherry Creek N. Dr., #900
Denver, CO 80209
jonathan@kandf.com
julie@kandf.com

*Attorney for Defendants Dittrich, Dunson, Green, Leonard, Marrero, Mullins-Orcutt, Nunez, Roedema, Root, Rosenblatt, Ward, and Woodyard in their individual capacities*

Stephen J. Hensen
Partner
Hensen | DuWaldt
1001 Bannock St., Suite 39
Denver, CO 80204
steve@hendulaw.com

*Attorney for Dr. Eric Hill*

Michael Lowe
David Goddard
Bruno, Colin & Lowe, P.C.
1999 Broadway, Suite 4300
Denver, Colorado 80202
MLowe@brunolawyers.com
dgoddard@brunolawyers.com

*Attorneys for Defendants Cichuniec and Cooper in their individual capacities*

            KILLMER, LANE & NEWMAN, LLP

            *s/ Liana Orshan*
            _____
            Liana Orshan