**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-2389-DDD-NRN

ESTATE OF ELIJAH JAVON MCCLAIN, by and through its personal representatives Sheneen McClain and Lawayne Mosley;
SHENEEN MCCLAIN, individually;
LAWAYNE MOSLEY, individually;

    Plaintiffs,

v.

CITY OF AURORA, COLORADO, a municipality;
OFFICER NATHAN WOODYARD, in his individual and official capacity;
OFFICER RANDY ROEDEMA, in his individual and official capacity;
OFFICER JASON ROSENBLATT, in his individual and official capacity;
OFFICER MATTHEW GREEN, in his individual and official capacity;
SERGEANT DALE LEONARD, in his individual and official capacity;
OFFICER ALICIA WARD, in her individual and official capacity;
OFFICER KYLE DITTRICH, in his individual and official capacity;
OFFICER ERICA MARRERO, in her individual and official capacity;
OFFICER JAMES ROOT, in his individual and official capacity;
OFFICER JORDAN MULLINS-ORCUTT, in his individual and official capacity;
OFFICER DARREN DUNSON, in his individual and official capacity;
SERGEANT RACHEL NUNEZ, in her individual and official capacity;
LIEUTENANT PETER CICHUNIEC, in his individual and official capacity;
PARAMEDIC JEREMY COOPER, in his individual and official capacity;
DR. ERIC HILL, in his individual capacity;

    Defendants.

---

**INDIVIDUAL DEFENDANTS' <u>UNOPPOSED</u> MOTION FOR 30 DAY EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' FIRST SET OF WRITTEN DISCOVERY**

---

    The Individual Defendants, by and through their attorneys of record, hereby move this

Honorable Court for an Order extending the time within which they have to respond to Plaintiffs'

First Set of Written Discovery ("the Discovery Requests") through and including February 18,

1

2021,

AND AS GROUNDS THEREFORE, states as follows:

1. Plaintiffs served the Discovery Requests on the Individual Defendants on or about December 17, 2020;[1]

2. The Individual Defendants responses are presently due on January 19, 2021.

3. The Discovery Requests are extensive and the additional time requested is needed to complete the responses.

4. Counsel for Plaintiffs has graciously advised that she does not oppose the requested extension.

5. Pursuant to D.C.COLO.LCivR 6.1(c), a copy of this motion has been served on the Individual Defendants.

6. Neither the Court, nor any party to this case will be unfairly prejudiced by the requested extension

WHEREFORE, the Individual Defendants respectfully request an extension of time to file their responses to the Discovery Requests through and including February 18, 2021.

Dated: January 18, 2021.

> *s/ Stephen J. Hensen*
> Stephen J. Hensen
> Hensen | DuWaldt
> 1001 Bannock St., Suite 39
> Denver, CO 80204
> 303-223-0773 p
> Mobile: 303-895-4199 c
> steve@hendulaw.com
> *Attorney for Defendant Dr. Eric Hill*

---

[1] Defendants Peter Cichuneic and Jeremy Cooper were not served with the Discovery Requests and did not become aware of those requests until January 2021.

*s/ Michael T. Lowe*
Michael T. Lowe
David M. Goddard
Bruno, Colin & Lowe, P.C.
1999 Broadway, Suite 4300
Denver, Colorado 80202
P: 303.831.1099
F: 303.831.1088
mlowe@brunolawyers.com
dgoddard@brunolawyers.com
*Attorneys for AFR Individual Defendants*


*s/ Jonathan Abramson*
Jonathan M. Abramson
Yulia (Julie) Nikolaevskaya
Kissinger & Fellman, P.C.
3773 Cherry Creek N. Dr., #900
Denver, CO 80209
Telephone: 303-320-6100
Facsimile: 303-327-8601
Email: jonathan@kandf.com; julie@kandf.com
*Attorneys for APD Individual Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2021 a true and correct copy of the foregoing **INDIVIDUAL DEFENDANTS' UNOPPOSED MOTION FOR 30 DAY EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' FIRST SET OF WRITTEN DISCOVERY** was served to all counsel via e-mail as follows:

Peter Ruben Morales
Isabelle Sabra Evans
pmorales@auroragov.org
ievans@auroragov.org

*Attorneys for Defendant City of Aurora and All Individual Defendant Officers, Sergeants and Lieutenants, in their official capacities.*

**Mari Anne Newman**
**Liana Gerstle Orshan**
**Michael Fairhurst**
Killmer Lane & Newman LLP
mnewman@kln-law.com
lorshan@kln-law.com
mfairhurst@kln-law.com

*Attorneys for Plaintiffs*

Jonathan M. Abramson
Yulia (Julie) Nikolaevskaya
Kissinger & Fellman, P.C.
julie@kandf.com
jonathan@kandf.com

*Attorney for Defendants Nathan Woodyard, Randy Roedema, Jason Rosenblatt, Matthew T. Green, Dale Leonard, Alicia Ward, Kyle Dittrich, Erica Marrero, James Root, Jordan Mullins-Orcutt, Darren Dunson and Rachel Nunez, in their individual capacities*

Stephen J. Hensen
Hensen | DuWaldt
steve@hendulaw.com
*Attorney for Defendant Dr. Eric Hill*

> *s/ Julie Bozeman*_____
> Julie Bozeman, Paralegal
> Bruno, Colin & Lowe, P.C.

4