IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 20-cv-02389-DDD-NRN | Date: February 2, 2021 |
| Courtroom Deputy: Stacy Libid | FTR: Courtroom C203 |

| *Parties:* | *Counsel:* |
|---|---|
| ESTATE OF ELIJAH JAVON MCCLAIN, by and through its personal representatives Sheneen McClain and Lawayne Mosley, <br> SHENEEN MCCLAIN, individually, <br> LAWAYNE MOSLEY, individually, | Liana Orshan <br> Michael Fairhurst <br> Mari Newman <br> Felipe Bohnet-Gomez <br> Qusair Mohamedbhai <br> Siddhartha Rathod <br> Iris Halpern <br> David Lane <br> Darold Killmer |

Plaintiffs,

v.

| | |
|---|---|
| CITY OF AURORA, COLORADO, a municipality; <br> OFFICER NATHAN WOODYARD, in his individual and official capacity; <br> OFFICER RANDY ROEDEMA, in his individual and official capacity; <br> OFFICER JASON ROSENBLATT, in his individual and official capacity; <br> OFFICER MATTHEW GREEN, in his individual and official capacity; <br> SERGEANT DALE LEONARD, in his individual and official capacity; <br> OFFICER ALICIA WARD, in her individual and official capacity; <br> OFFICER KYLE DITTRICH, in his individual and official capacity; <br> OFFICER ERICA MARRERO, in her individual and official capacity; <br> OFFICER JAMES ROOT, in his individual and official capacity; <br> OFFICER JORDAN MULLINS-ORCUTT, in his | Peter Morales <br> Jonathan Abramson <br> Yulia Nikolaevskaya <br> Stephen Hensen <br> Michael Lowe <br> David Goddard |

individual and official capacity;
OFFICER DARREN DUNSON, in his individual
and official capacity;
SERGEANT RACHEL NUNEZ, in her individual
and official capacity;
LIEUTENANT PETER CICHUNIEC, in his
individual and official capacity;
PARAMEDIC JEREMY COOPER, in his individual
and official capacity;
DR. ERIC HILL, in his individual capacity,

Defendants.

## COURTROOM MINUTES

**TELEPHONIC STATUS CONFERENCE**

**12:59 p.m.   Court in session.**

Court calls case. Appearance of counsel.

Status of the case is discussed.

Parties inform the Court they have a mediation scheduled in April.

**ORDERED:**   The Court will **STAY** response to the Amended Complaint and designation of any non-parties at fault.

**ORDERED:**   All deadlines in this case are **VACATED.**

If the case is not settled the parties shall electronically file a revised proposed Scheduling Order through CM/ECF, and include a courtesy copy of the proposed order in a Word format sent by email to Neureiter_Chambers@cod.uscourts.gov no later than **May 3, 2021.**

**ORDERED:**   **Telephonic Status Conference** is set for **May 7, 2021 at 1:00 p.m.** before Magistrate Judge N. Reid Neureiter in Courtroom C203, Second floor, Byron G. Rogers Courthouse, 1929 Stout Street, Denver, Colorado 80294. **The parties are directed to call the conference line as a participant at (888) 398-2342, Access Code 5755390# at the scheduled time.**

**1:28 p.m.      Court in recess.**

Hearing concluded.
Total in-court time:   00:29

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.