IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

Civil Action No: 20-cv-02389-DDD-NRN
Courtroom Deputy: Stacy Libid

Date: April 23, 2021
FTR: Courtroom C203

*Parties:*

ESTATE OF ELIJAH JAVON MCCLAIN, by and through its personal representatives Sheneen McClain and Lawayne Mosley,
SHENEEN MCCLAIN, individually,
LAWAYNE MOSLEY, individually,

*Counsel:*

Liana Orshan
Mari Newman
Felipe Bohnet-Gomez
Qusair Mohamedbhai
Iris Halpern
David Lane
Darold Killmer

    Plaintiffs,

v.

CITY OF AURORA, COLORADO, a municipality;
OFFICER NATHAN WOODYARD, in his individual and official capacity;
OFFICER RANDY ROEDEMA, in his individual and official capacity;
OFFICER JASON ROSENBLATT, in his individual and official capacity;
OFFICER MATTHEW GREEN, in his individual and official capacity;
SERGEANT DALE LEONARD, in his individual and official capacity;
OFFICER ALICIA WARD, in her individual and official capacity;
OFFICER KYLE DITTRICH, in his individual and official capacity;
OFFICER ERICA MARRERO, in her individual and official capacity;
OFFICER JAMES ROOT, in his individual and official capacity;
OFFICER JORDAN MULLINS-ORCUTT, in his individual and official capacity;
OFFICER DARREN DUNSON, in his individual

Peter Morales
Jonathan Abramson
Yulia Nikolaevskaya
Stephen Hensen
Michael Lowe
David Goddard
Isabelle Evans

and official capacity;
SERGEANT RACHEL NUNEZ, in her individual
and official capacity;
LIEUTENANT PETER CICHUNIEC, in his
individual and official capacity;
PARAMEDIC JEREMY COOPER, in his individual
and official capacity;
DR. ERIC HILL, in his individual capacity,

　　Defendants.

# COURTROOM MINUTES

**TELEPHONIC DISCOVERY HEARING**

**12:58 p.m.    Court in session.**

Court calls case. Appearances of counsel.

This matter is before the Court regarding discovery disputes outlined in a Joint Discovery Statement that was directly emailed to Chambers and attached to these minutes.

The Court discusses Interrogatories #6, #10, #11 and Requests for Production of Documents #1, #2, #3, #5, #6, #9, and #10.

Arguments by counsel.

**ORDERED:**  The Court takes the various discovery disputes under advisement. The Court will issue a written order.

**2:05 p.m.    Court in recess.**

Hearing concluded.
Total in-court time:   01:07

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.