IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 20-cv-02389-DDD-NRN | Date:  October 8, 2021 |
| Courtroom Deputy: Román Villa | FTR:   Courtroom C203 |

| *Parties:* | *Counsel:* |
|---|---|
| ESTATE OF ELIJAH JAVON MCCLAIN, by and through its personal representatives Sheneen McClain and Lawayne Mosley;<br>SHENEEN MCCLAIN, individually;<br>LAWAYNE MOSLEY, individually, | David A. Lane<br>Mari Anne Newman<br>Michael Paul Fairhurst<br>Loren Michael Brown<br>Qusair Mohamedbhai<br>Daniel Adam Wartell<br>David Struthers<br>Patrick D. Tooley |

  Plaintiffs,

v.

| | |
|---|---|
| CITY OF AURORA, COLORADO, a municipality;<br>OFFICER NATHAN WOODYARD, in his individual and official capacity;<br>OFFICER RANDY ROEDEMA, in his individual and official capacity;<br>OFFICER JASON ROSENBLATT, in his individual and official capacity;<br>OFFICER MATTHEW GREEN, in his individual and official capacity;<br>SERGEANT DALE LEONARD, in his individual and official capacity;<br>OFFICER ALICIA WARD, in her individual and official capacity;<br>OFFICER KYLE DITTRICH, in his individual and official capacity;<br>OFFICER ERICA MARRERO, in her individual and official capacity;<br>OFFICER JAMES ROOT, in his individual and official capacity;<br>OFFICER JORDAN MULLINS-ORCUTT, in his individual and official capacity;<br>OFFICER DARREN DUNSON, in his individual and official capacity; | Peter Ruben Morales<br>Jonathan Marshall Abramson<br>Michael Turner Lowe<br>Stephen Jerome Hensen |

OFFICER STEPHANIE NGHIEM, in her individual
and official capacity;
SERGEANT RACHEL NUNEZ, in her individual and
official capacity;
LIEUTENANT PETER CICHUNIEC, in his individual
and official capacity;
PARAMEDIC JEREMY COOPER, in his individual
and official capacity;
DR. ERIC HILL, in his individual capacity,

    Defendants.

## COURTROOM MINUTES

### TELEPHONIC STATUS CONFERENCE

**2:00 p.m.**    **Court in session.**

Court calls case. Appearances of Counsel.

Status of the case and discussion regarding settlement issues.

**ORDERED:**  The parties shall file a Motion as described during the hearing, which would involve payment by the city of a sum certain to the registry of the court, the dismissal of the individual defendants, and the release of the city, along with the proposed order, by October 29, 2021.

**ORDERED**:  A Status Conference is set for November 19, 2021 at 2:00 p.m. before Magistrate Judge N. Reid Neureiter in Courtroom C203, Second floor, Byron G. Rogers Courthouse, 1929 Stout Street, Denver, Colorado 80294.

**2:44 a.m.**    **Court in recess.**

Hearing concluded.
Total in-court time:   00:44

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.