IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02389-DDD-NRN

ESTATE OF ELIJAH JAVON MCCLAIN, by and through its personal representatives, Sheneen McClain and Lawayne Mosley,
SHENEEN MCCLAIN, individually, and
LAWAYNE MOSLEY, individually,

      Plaintiffs,

v.

CITY OF AURORA, COLORADO, a municipality,
OFFICER NATHAN WOODYARD, in his individual and official capacity,
OFFICER RANDY ROEDEMA, in his individual and official capacity,
OFFICER JASON ROSENBLATT, in his individual and official capacity,
OFFICER MATTHEW GREEN, in his individual and official capacity,
SERGEANT DALE LEONARD, in his individual and official capacity,
OFFICER ALICIA WARD, in her individual and official capacity,
OFFICER KYLE DITTRICH, in his individual and official capacity,
OFFICER ERICA MARRERO, in her individual and official capacity,
OFFICER JAMES ROOT, in his individual and official capacity,
OFFICER JORDAN MULLINS-ORCUTT, in his individual and official capacity,
OFFICER DARREN DUNSON, in his individual and official capacity,
SERGEANT RACHEL NUNEZ, in her individual and official capacity,
LIEUTENANT PETER CICHUNIEC, in his individual and official capacity,
PARAMEDIC JEREMY COOPER, in his individual and official capacity, and
DR. ERIC HILL, in his individual capacity,

      Defendants.

---

**DEFENDANTS' MOTION FOR COURT JURISDICTION, INTERVENTION AND ALLOCATION**

---

COMES NOW, Defendant City of Aurora (the "City") and all Individual Defendants in their official capacities (collectively, the "Aurora Defendants"), and all Individual Defendants in their individual capacities, by and through their counsel of record and hereby submit this

Defendants' Motion for Court Jurisdiction, Intervention and Allocation.  In support thereof, Defendants state the following:

## I.    CONFERRAL

Pursuant to the Court's direction at the last Status Conference, counsel for Defendants have made diligent efforts to confer and find areas of agreement between the Plaintiffs. These efforts included email conferrals with counsel for Mr. Mosley on October 14, 2021, and a follow up telephone meeting with counsel for Mr. Mosley on October 19, 2021. Further conferrals with counsel for Mr. Mosley took place via email on October 22 and 26. Additionally, Defense counsel conferred with counsel for Ms. McClain via email on October 23 and 25 with a follow up phone call on October 27, 2021. Finally, counsel for Defendants drafted a proposed joint motion and circulated the draft to all counsel for Plaintiffs on October 26. Follow up discussion via email was conducted on October 27 and 28. Unfortunately, such efforts have been unsuccessful as Plaintiffs' counsel were unable to reach agreement as to the language of the proposed joint motion. As a consequence, Defendants now file this Motion to state their position with respect to the request for Court intervention.

## II.    INTRODUCTION

This action originally involved nine causes of action against the City of Aurora arising out of the tragic death of Elijah McClain.  The matter was settled by the City of Aurora and Plaintiffs on July 22, 2021.  On August 8, 2021, the City of Aurora sent Plaintiffs a proposed settlement agreement.  Due to an on-going allocation dispute, however, the proposed settlement agreement was not returned to the City filled out and fully executed. Plaintiffs now dispute between themselves as to whether the language of the agreement is sufficient or can be revised to preserve their disputes regarding settlement allocation.  As a consequence, this matter has not been

2

concluded. Defendants are now before this Court seeking: 1) the release of the individual defendants in advance of the signing of the settlement agreement and without payment; 2) execution of the settlement agreement; 3) payment of the settlement funds into the Court Registry; 4) dismissal with prejudice of the City of Aurora from the matter; and 5) resolution of the allocation dispute between the Plaintiffs.

## II.   JURISDICTION, INTERVENTION AND ALLOCATION

1. Defendants acknowledge that the Court has jurisdiction over these matters, including the settlement of the matter, payment of the settlement funds into the Court Registry, resolution of the allocation dispute among the Plaintiffs, and the distribution of the settlement funds among the Plaintiffs, pursuant to the adjudication of that dispute.

2. Defendants request the Court's intervention into this matter to resolve the settlement of this matter and the allocation dispute.

3. Defendants request that the Court's intervention involve the following steps:

    i.   That the Court dismiss the individual defendants with prejudice and without payment prior to the entry of a settlement agreement between the Plaintiffs and the City of Aurora;

    ii.   That the Court work with the parties to arrive at an agreement which can be executed;

    iii.   That the Court accept payment of the settlement funds into the Court Registry;

    iv.   That the Court dismiss the City of Aurora with prejudice;

    v.   And, that the Court resolve the allocation dispute between the Plaintiffs.

### III.     CONCLUSION

Defendants acknowledge that the Court has jurisdiction of this matter, in all its particulars, including the dismissal of the individual defendants, the payment of the settlement funds into the Court Registry, dismissal of the City of Aurora from the matter, resolution of the allocation dispute and the distribution of the settlement funds.  Defendants request the Court intervene to resolve the settlement of the underlying matter and the on-going allocation dispute.

Dated this 29th day of October, 2021.


s/ Isabelle Sabra Evans
Isabelle Sabra Evans
Peter Ruben Morales
Aurora Attorney's Office
15151 E. Alameda Drive, Suite 5300
Aurora, CO 80012
Telephone: (303) 739-7030
Facsimile: (303) 739-7042
pmorales@auroragov.org
ievans@auroragov.org
*Attorneys for Defendant City of Aurora, and*
*Defendants Woodyard, Roedema, Rosenblatt,*
*Green, Leonard, Ward, Dittrich, Marrero, Root,*
*Mullins-Orcutt, Dunson, Nunez, Cichuniec, and*
*Cooper in their official capacities ("Aurora*
*Defendants")*


s/ Stephen J. Hensen
Stephen J. Hensen
Jackson Kelly PLLC
1099 18th Street, Suite 2150
Denver, CO 80202
Telephone: (303) 390-0010
Fax:          (303) 390-0177
Email: stephen.hensen@JacksonKelly.com
*Attorney for Defendant Dr. Eric Hill*

*s/ Michael Lowe*
Michael Lowe
David Goddard
Bruno, Colin & Lowe, P.C.
1999 Broadway, Suite 4300
Denver, Colorado 80202
P: 303.831.1099
F: 303.831.1088
MLowe@brunolawyers.com
dgoddard@brunolawyers.com
*Attorneys for Defendants Cichuniec and Cooper
in their individual capacities ("AFR
Defendants")*


*s/ Jonathan Abramson*
Jonathan Abramson
Yulia Nikolaevskaya
Kissinger & Fellman, P.C.
3773 Cherry Creek N. Drive #900
Denver, CO  80209
Telephone:  303-320-6100
Facsimile:  303-327-8601
Email:   jonathan@kandf.com
            julie@kandf.com

*Attorneys for Defendants Dittrich, Dunson,
Green, Leonard, Marrero, Mullins-Orcutt,
Nunez, Roedema, Root, Rosenblatt, Ward and
Woodyard in their individual capacities "APD
Defendants"*

<u>**CERTIFICATE OF SERVICE BY CM/ECF**</u>

I hereby certify that on October 29, 2021, I electronically filed the foregoing *Defendants' Motion for Court Jurisdiction, Intervention, and Allocation* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email address:

Mari Newman, Esq. [mnewman@kln-law.com]
Liana G. Orshan, Esq. [lorshan@kln-law.com]
Michael Fairhurst, Esq. [mfairhurst@kln-law.com]
Patrick Tooley, Esq. [pdtooley@dillanddill.com]
David Struthers, Esq. [dstruthers@dillanddill.com]
*Attorneys for Plaintiff LaWayne Mosley*

Qusair Mohamedbhai, Esq. [qm@rmlawyers.com]
Dan Wartell, Esq. [danwartell@colo-law.com]
Marco Chayet, Esq. [marco@coloradoelderlaw.com]
*Attorneys for Plaintiff Sheneen McClain*

Michael T. Lowe, Esq. [mlowe@brunolawyers.com]
David Goddard, Esq. [dgoddard@brunolawyers.com]
*Attorneys for Defendants Cichuniec and Cooper in their individual capacities*

Stephen J. Hensen, Esq. [steve@hendulaw.com]
*Attorney for Defendant Hill in his individual capacity*

Jonathan M. Abramson, Esq. [jonathan@kandf.com]
Yulia Nikolaevskaya, Esq. [julie@kandf.com]
*Attorneys for Defendants Dittrich, Dunson, Green, Leonard, Marrero, Mullins-Orcutt, Nunez, Roedema, Root, Rosenblatt, Ward, and Woodyard in their individual capacities*

*s/Teri Goss*
Teri Goss