IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02389-DDD-NRN

ESTATE OF ELIJAH JAVON MCCLAIN, by and through its personal representatives Sheneen McClain and Lawayne Mosley;
SHENEEN MCCLAIN, individually;
LAWAYNE MOSLEY, individually,

Plaintiffs,

v.

CITY OF AURORA, COLORADO, a municipality;
OFFICER NATHAN WOODYARD, in his individual and official capacity;
OFFICER RANDY ROEDEMA, in his individual and official capacity;
OFFICER JASON ROSENBLATT, in his individual and official capacity;
OFFICER MATTHEW GREEN, in his individual and official capacity;
SERGEANT DALE LEONARD, in his individual and official capacity;
OFFICER ALICIA WARD, in her individual and official capacity;
OFFICER KYLE DITTRICH, in his individual and official capacity;
OFFICER ERICA MARRERO, in her individual and official capacity;
OFFICER JAMES ROOT, in his individual and official capacity;
OFFICER JORDAN MULLINS-ORCUTT, in his individual and official capacity;
OFFICER DARREN DUNSON, in his individual and official capacity;
OFFICER STEPHANIE NGHIEM, in her individual and official capacity;
SERGEANT RACHEL NUNEZ, in her individual and official capacity;
LIEUTENANT PETER CICHUNIEC, in his individual and official capacity;
PARAMEDIC JEREMY COOPER, in his individual and official capacity;
DR. ERIC HILL, in his individual capacity,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

This case is before the Court on Defendants' Motion for Court Jurisdiction, Intervention and Allocation (Dkt. #99) and Plaintiff Sheneen McClain's Motion to Confirm Settlement and to Deposit Funds in Court Registry Pending Allocation of Settlement Proceeds Between Plaintiffs (Dkt. #100). It is hereby ORDERED that any responses to the subject motions should be filed no later than November 15, 2021. No reply briefs are necessary. The Court will hear argument on the subject motions at the Status Conference set for November 19, 2021 at 2:00 p.m., which will be conducted **in person**.

It is further ORDERED that Plaintiffs Sheneen McClain and LaWayne Mosley shall appear **in person** at the November 19, 2021 Status Conference.

It is further ORDERED that the parties shall **jointly** contact Chambers (303-335-2403) on or before November 5, 2021 to schedule an informal conference call with the magistrate judge to decide what be discussed at the Status Conference and how said conference will be conducted.

The Court notes that masks are required to be worn inside the Byron G. Rogers United States Courthouse. Parties and counsel are advised to familiarize themselves with the Chief Judge's General Order 2021-10: Court Operations During the COVID-19 Pandemic, which can be found on the District Court's website, http://www.cod.uscourts.gov/Home.aspx.

Date:  November 1, 2021