IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02389-DDD-NRN

ESTATE OF ELIJAH JAVON MCCLAIN, by and through its personal representatives, Sheneen McClain and Lawayne Mosley,
SHENEEN MCCLAIN, individually, and
LAWAYNE MOSLEY, individually,

    Plaintiffs,

v.

CITY OF AURORA, COLORADO, a municipality,
OFFICER NATHAN WOODYARD, in his individual and official capacity,
OFFICER RANDY ROEDEMA, in his individual and official capacity,
OFFICER JASON ROSENBLATT, in his individual and official capacity,
OFFICER MATTHEW GREEN, in his individual and official capacity,
SERGEANT DALE LEONARD, in his individual and official capacity,
OFFICER ALICIA WARD, in her individual and official capacity,
OFFICER KYLE DITTRICH, in his individual and official capacity,
OFFICER ERICA MARRERO, in her individual and official capacity,
OFFICER JAMES ROOT, in his individual and official capacity,
OFFICER JORDAN MULLINS-ORCUTT, in his individual and official capacity,
OFFICER DARREN DUNSON, in his individual and official capacity,
SERGEANT RACHEL NUNEZ, in her individual and official capacity,
LIEUTENANT PETER CICHUNIEC, in his individual and official capacity,
PARAMEDIC JEREMY COOPER, in his individual and official capacity, and
DR. ERIC HILL, in his individual capacity,

    Defendants.

---

## PLAINTIFF LAWAYNE MOSLEY'S MOTION FOR COURT TO RESOLVE OUTSTANDING ISSUES CONCERNING SETTLEMENT AGREEMENT AND ALLOCATION DISPUTES

---

COMES NOW Plaintiff Lawayne Mosley, individually, through counsel, and submits this Motion for Court to Resolve Outstanding Issues Concerning Settlement Agreement and Allocation Disputes:

## I. CONFERRAL

Pursuant to the Court's direction at the Status Conference of October 8, 2021, counsel for Mr. Mosley have participated in multiple communications as described by the Defendants' Conferral paragraph in the Defendants' Motion for Court Jurisdiction, Intervention and Allocation. Additionally, undersigned counsel for Mr. Mosley have had separate communications with counsel for Ms. McClain since the Status Conference of October 8, 2021. Additionally, between approximately August 31, 2021, and October 8, 2021, undersigned counsel have engaged in phone conversations and dozens of emails with counsel involved in this case, all without success in resolving this matter before the Court in this Motion.

## II. THE ISSUES

This action originally involved nine causes of action against the City of Aurora arising out of the tragic death of Elijah McClain. It is undersigned counsel's understanding that the parties engaged in three formal mediation sessions stretching over some 20 to 30 hours of formal mediation and multiple phone communications utilizing an out-of-state mediator. This litigation was settled on July 22, 2021, and the final settlement was memorialized in emails between and among counsel at that time.

*It should be noted that undersigned counsel now representing Mr. Mosley and the firm now representing Ms. McClain, Ciancio Cianco Brown, PC, were not participants in the mediation that resulted in a settlement on July 22, 2021; Ciancio, Ciancio Brown now wishes to alter the terms of the settlement reached on that date. Counsel for Mr. Mosley wish to enforce the settlement that was reached.*

On August 8, 2021, the City of Aurora sent Plaintiffs a proposed settlement agreement. The material terms of the settlement were as follows: (1) Prior to Defendants signing the

settlement agreement, Plaintiffs would dismiss all claims against the individual Defendants with prejudice and without payment from those individuals; (2) execution of the settlement agreement; and (3) Plaintiffs would dismiss all remaining claims against the City of Aurora in exchange for Aurora's payment of settlement funds to the Estate of Elijah McClain.

Undersigned counsel for Mr. Mosley believes that he and the City of Aurora and other Defendants have agreed to the Settlement Agreement; counsel for Mr. Mosley believe that Ms. McClain had also signed and agreed to the Settlement Agreement, a copy of which will be filed under restriction and after filing of an appropriate Motion pursuant to Rule 5.1, District of Colorado, ECF Civil Procedures, v. 6.1 and D.C. Colo. I. 7.2(c).  The Settlement Agreement for which Mr. Mosley seeks enforcement, was confirmed by Ms. McClain's counsel on at least two separate occasions, the first on September 1, 2021, and the second time on September 27, 2021.

Mr. Mosley is now before this Court seeking:  1) the release of the individual Defendants with prejudice and without payment in advance of the signing of the settlement agreement by the City, as provided for in the settlement agreement; 2) a determination that the settlement agreement signed by all Plaintiffs is binding and should be enforced; 3) an Order permitting payment of the settlement funds into the Court Registry; 4) dismissal with prejudice of the City of Aurora from the matter; and 5) resolution of all disputes concerning allocation of the settlement funds among the Plaintiffs, including whether the dispute over allocation is addressed by this Federal Court or by the existing Colorado State Probate Court action currently filed in Adams County District Court as *In the Matter of the Estate of Elijah McClain*, Case No. 2019 PR 30783.  This final jurisdictional matter – State vs. Federal Court – should also be the subject of appropriate motions and briefing

### III.  CONCLUSION AND PRAYER FOR RELIEF

3

Mr. Mosley requests that the Court intervene in this matter and that the Court's intervention should involve the following steps:

    i.    That the Court first dismiss the individual Defendants with prejudice and without payment prior to the City of Aurora signing the settlement agreement;

    ii.    That the Court determine that Plaintiffs have agreed to and are bound by the settlement agreement they have signed and which shall be filed as restricted along with an appropriate motion for same under this Court's rules;

    iii.    That the Court accept payment of the settlement funds into the Court Registry;

    iv.    That the Court dismiss the City of Aurora with prejudice;

    v.    And, that the Court resolve the allocation dispute as suggested above, whether in this Federal Court or the existing Colorado State Probate Court, Adams County, Colorado, captioned *In the Matter of the Estate of Elijah McClain*, Case No. 2019 PR 30783.

Dated this 1ˢᵗ day of November 2021

s/ *David R. Struthers*
David R. Struthers
DILL DILL CARR STONBRAKER & HUTCHINGS, P.C.
455 Sherman Street, Suite 300
Denver, CO 80203
Telephone: (303) 777-3737
E-mail: dstruthers@dillanddill.com

s/ *Patrick D. Tooley*
Patrick D. Tooley
DILL DILL CARR STONBRAKER & HUTCHINGS, P.C.
455 Sherman Street, Suite 300
Denver, CO 80203
Telephone: (303) 777-3737
E-mail: pdtooley@dillanddill.com
*Attorney for Plaintiff Lawayne Mosley, Individually*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Liana Orshan, Esq. (lorshan@kln-law.com)
Michael Fairhurst, Esq. (mfairhurst@kln-law.com)
Mari Newman, Esq. (mnewman@kln-law.com)
*Attorneys for Plaintiff Estate of Elijah Javon McClain by and through its Personal Representatives, Sheneen McClain And Lawayne Mosley*

Liana Orshan, Esq. (lorshan@kln-law.com)
Michael Fairhurst, Esq. (mfairhurst@kln-law.com)
Mari Newman, Esq. (mnewman@kln-law.com)
Qusair Mohamedbhai, Esq. (qm@rmlawyers.com)
Siddhartha H. Rathod, Esq. (srmlawyers.com)
Felipe S. Bohnet-Gomez, Esq. (fbg@rmlawyers.com)
Matthew J. Croh, Esq. (mc@rmlawyers.com)
Iris Halpern, Esq. (ih@rmlawyers.com)
*Attorneys for Plaintiff Sheneen McClain in Her Individual Capacity*

Liana Orshan, Esq. (lorshan@kln-law.com)
Michael Fairhurst, Esq. (mfairhurst@kln-law.com)
Mari Newman, Esq. (mnewman@kln-law.com)
Darold W. Killmer, Esq. (dkillmer@kln-law.com)
David Lane, Esq. (dlane@kln-law.com)
*Attorneys for Plaintiff Lawayne Mosley in His Individual Capacity*

Peter Morales, Esq. (pmorales@auroragov.org)
Isabelle Evans, Esq. (ievans@auroragov.org)
*Attorneys for Defendants The City Of Aurora, Colorado, Nathan Woodyard, Randy Roedema, Jason Rosenblatt, Matthew T. Green, Dale Leonard, Alicia Ward, Kyle Dittrich, Erica Marrero, James Root, Jordan Mullins-Orcutt, Darren Dunson, Rachel Nunez, Stephanie Nghiem, Peter Cichuniec and Jeremy Cooper, in Their Official Capacities*

Michael Lowe, Esq. (mlowe@brunolawyers.com)
David Goddard, Esq. (dgoddard@brunolawers.com)
*Attorneys For Defendants Peter Cichuniec and Jeremy Cooper, In Their Individual Capacities*

Stephen J. Hensen, Esq. (steve@hendulaw.com)
*Attorney for Defendant Dr. Eric Hill, in His Individual Capacity*

                                              s/ *David R. Struthers*
                                              David R. Struthers
                                              Dill Dill Carr Stonbraker & Hutchings, P.C.
                                              455 Sherman Street, Suite 300
                                              Denver, CO 80203
                                              Telephone: (303) 777-3737
                                              Fax:  (303) 777-3823
                                              E-mail: dstruthers@dillanddill.com
                                              *Attorney for Plaintiff Lawayne Mosley, Individually*