**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-02389-DDD-NRN

ESTATE OF ELIJAH JAVON MCCLAIN, by and through its personal representatives, Sheneen McClain and Lawayne Mosley,
SHENEEN MCCLAIN, individually, and
LAWAYNE MOSLEY, individually,

    Plaintiffs,

v.

CITY OF AURORA, COLORADO, a municipality,
OFFICER NATHAN WOODYARD, in his individual and official capacity,
OFFICER RANDY ROEDEMA, in his individual and official capacity,
OFFICER JASON ROSENBLATT, in his individual and official capacity,
OFFICER MATTHEW GREEN, in his individual and official capacity,
SERGEANT DALE LEONARD, in his individual and official capacity,
OFFICER ALICIA WARD, in her individual and official capacity,
OFFICER KYLE DITTRICH, in his individual and official capacity,
OFFICER ERICA MARRERO, in her individual and official capacity,
OFFICER JAMES ROOT, in his individual and official capacity,
OFFICER JORDAN MULLINS-ORCUTT, in his individual and official capacity,
OFFICER DARREN DUNSON, in his individual and official capacity,
SERGEANT RACHEL NUNEZ, in her individual and official capacity,
LIEUTENANT PETER CICHUNIEC, in his individual and official capacity,
PARAMEDIC JEREMY COOPER, in his individual and official capacity, and
DR. ERIC HILL, in his individual capacity,

    Defendants.

---

## NOTICE OF ENTRY OF APPEARANCE
---

    Aaron L. Evans, Esq. and Keith D. Lapuyade, Esq. of the law firm Evans Case, LLP hereby enter their appearance as attorneys for LaWayne Mosley, in his capacity as co-personal representative of the Estate of Elijah Javon McClain.

Respectfully submitted November 17, 2021.

        */s/ Aaron L. Evans*

        */s/ Keith D. Lapuyade*
Aaron L. Evans
Keith D. Lapuyade
Evans Case, LLP
1660 South Albion Street, Suite 1100
Denver, CO 80222
PH:    303-757-8300
Email:  evans@evanscase.com
         keith@evanscase.com

Attorneys for LaWayne Mosley as co-personal representative of the Estate of Elijah Javon McClain

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Liana Orshan, Esq. (lorshan@kln-law.com)
Michael Fairhurst, Esq. (mfairhurst@kln-law.com)
Mari Newman, Esq. (mnewman@kln-law.com)
*Attorneys for Plaintiff Estate of Elijah Javon McClain by and through its Personal Representatives, Sheneen Mcclain And Lawayne Mosley*

Liana Orshan, Esq. (lorshan@kln-law.com)
Michael Fairhurst, Esq. (mfairhurst@kln-law.com)
Mari Newman, Esq. (mnewman@kln-law.com)
Qusair Mohamedbhai, Esq. (qm@rmlawyers.com)
Siddhartha H. Rathod, Esq. (srmlawyers.com)
Felipe S. Bohnet-Gomez, Esq. (fbg@rmlawyers.com)
Matthew J. Croh, Esq. (mc@rmlawyers.com)
Iris Halpern, Esq. (ih@rmlawyers.com)
*Attorneys for Plaintiff Sheneen McClain in Her Individual Capacity*

Liana Orshan, Esq. (lorshan@kln-law.com)
Michael Fairhurst, Esq. (mfairhurst@kln-law.com)
Mari Newman, Esq. (mnewman@kln-law.com)
Darold W. Killmer, Esq. (dkillmer@kln-law.com)
David Lane, Esq. (dlane@kln-law.com)
*Attorneys for Plaintiff LaWayne Mosley in His Individual Capacity*

Peter Morales, Esq. (pmorales@auroragov.org)
Isabelle Evans, Esq. (ievans@auroragov.org)
*Attorneys for Defendants The City Of Aurora, Colorado, Nathan Woodyard, Randy Rodema, Jason Rosenblatt, Matthew T. Green, Dale Leonard, Alicia Ward, Kyle Dittrich, Erica Marrero, James Root, Jordan Mullins-Orcutt, Darren Dunson, Rachel Nunez, Stephanie Nghiem, Peter Cichuniec and Jeremy Cooper, in Their Official Capacities*

Michael Lowe, Esq. (mlowe@brunolawyers.com)
David Goddard, Esq. (dgoddard@brunolawers.com)
*Attorneys For Defendants Peter Cichuniec and Jeremy Cooper, In Their Individual Capacities*

Stephen J. Hensen, Esq. (steve@hendulaw.com)
*Attorney for Defendant Dr. Eric Hill, in His Individual Capacity*

/s/ Russell W. Jones
Russell W. Jones