**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-02389-DDD-NRN

ESTATE OF ELIJAH JAVON MCCLAIN, by and through its personal representatives, Sheneen McClain and Lawayne Mosley,
SHENEEN MCCLAIN, individually, and
LAWAYNE MOSLEY, individually,

    Plaintiffs,

v.

CITY OF AURORA, COLORADO, a municipality,
OFFICER NATHAN WOODYARD, in his individual and official capacity,
OFFICER RANDY ROEDEMA, in his individual and official capacity,
OFFICER JASON ROSENBLATT, in his individual and official capacity,
OFFICER MATTHEW GREEN, in his individual and official capacity,
SERGEANT DALE LEONARD, in his individual and official capacity,
OFFICER ALICIA WARD, in her individual and official capacity,
OFFICER KYLE DITTRICH, in his individual and official capacity,
OFFICER ERICA MARRERO, in her individual and official capacity,
OFFICER JAMES ROOT, in his individual and official capacity,
OFFICER JORDAN MULLINS-ORCUTT, in his individual and official capacity,
OFFICER DARREN DUNSON, in his individual and official capacity,
SERGEANT RACHEL NUNEZ, in her individual and official capacity,
LIEUTENANT PETER CICHUNIEC, in his individual and official capacity,
PARAMEDIC JEREMY COOPER, in his individual and official capacity, and
DR. ERIC HILL, in his individual capacity,

    Defendants.

---

**RESPONSE OF LaWAYNE MOSLEY, AS CO-PERSONAL REPRESENTATIVE OF THE ESTATE OF ELIJAH JAVON McCLAIN, TO DEFENDANTS' MOTION FOR COURT JURISDICTION, INTERVENTION AND ALLOCATION (Doc. 99)**

---

LaWayne Mosley, in his capacity, as co-personal representative ("Co-PR") of the Estate of

Elijah Javon McClain ("Estate"), by and through counsel, EVANS CASE, LLP, respectfully submits

this response to Defendants' Motion for Court Jurisdiction, Intervention and Allocation (Doc. 99) ("Motion"). In response to the Motion, the Co-PR states and avers as follows:

1. Mr. Mosley as Co-PR agrees that the Court should determine the parties have entered into a binding settlement agreement, enforce the terms of the agreement, and accept payment of the settlement funds into the Court Registry.

2. Mr. Mosley in his fiduciary capacity takes no position on how the settlement proceeds should be allocated or which court – this Court or the District Court of Adams County, Colorado, the state court in which the Estate case is pending – should decide the allocation issues.

3. Mr. Mosley in his <u>individual</u> capacity is represented by David R. Struthers, Esq. and Patrick D. Tooley, Esq., who have and will continue to advocate for Mr. Mosley individually as a beneficiary of the Estate.

Respectfully submitted November 17, 2021.

/s/ Aaron L. Evans
Aaron L. Evans
Keith D. Lapuyade
Evans Case, LLP
1660 South Albion Street, Suite 1100
Denver, CO 80222
PH:    303-757-8300
Email: evans@evanscase.com
       keith@evanscase.com

Attorneys for LaWayne Mosley as co-personal representative of the Estate of Elijah Javon McClain

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Liana Orshan, Esq. (lorshan@kln-law.com)
Michael Fairhurst, Esq. (mfairhurst@kln-law.com)
Mari Newman, Esq. (mnewman@kln-law.com)
*Attorneys for Plaintiff Estate of Elijah Javon McClain by and through its Personal Representatives, Sheneen Mcclain And Lawayne Mosley*

Liana Orshan, Esq. (lorshan@kln-law.com)
Michael Fairhurst, Esq. (mfairhurst@kln-law.com)
Mari Newman, Esq. (mnewman@kln-law.com)
Qusair Mohamedbhai, Esq. (qm@rmlawyers.com)
Siddhartha H. Rathod, Esq. (srmlawyers.com)
Felipe S. Bohnet-Gomez, Esq. (fbg@rmlawyers.com)
Matthew J. Croh, Esq. (mc@rmlawyers.com)
Iris Halpern, Esq. (ih@rmlawyers.com)
*Attorneys for Plaintiff Sheneen McClain in Her Individual Capacity*

Liana Orshan, Esq. (lorshan@kln-law.com)
Michael Fairhurst, Esq. (mfairhurst@kln-law.com)
Mari Newman, Esq. (mnewman@kln-law.com)
Darold W. Killmer, Esq. (dkillmer@kln-law.com)
David Lane, Esq. (dlane@kln-law.com)
*Attorneys for Plaintiff LaWayne Mosley in His Individual Capacity*

Peter Morales, Esq. (pmorales@auroragov.org)
Isabelle Evans, Esq. (ievans@auroragov.org)
*Attorneys for Defendants The City Of Aurora, Colorado, Nathan Woodyard, Randy Rodema, Jason Rosenblatt, Matthew T. Green, Dale Leonard, Alicia Ward, Kyle Dittrich, Erica Marrero, James Root, Jordan Mullins-Orcutt, Darren Dunson, Rachel Nunez, Stephanie Nghiem, Peter Cichuniec and Jeremy Cooper, in Their Official Capacities*

Michael Lowe, Esq. (mlowe@brunolawyers.com)
David Goddard, Esq. (dgoddard@brunolawers.com)
*Attorneys For Defendants Peter Cichuniec and Jeremy Cooper, In Their Individual Capacities*

Stephen J. Hensen, Esq. (steve@hendulaw.com)
*Attorney for Defendant Dr. Eric Hill, in His Individual Capacity*

        */s/ Russell W. Jones*
        Russell W. Jones