IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 20-cv-02389-DDD-NRN | Date:  November 19, 2021 |
| Courtroom Deputy: Román Villa | FTR:   Courtroom C203 |

| *Parties:* | *Counsel:* |
|---|---|
| ESTATE OF ELIJAH JAVON MCCLAIN, by and through its personal representatives Sheneen McClain and Lawayne Mosley;<br>SHENEEN MCCLAIN, individually;<br>LAWAYNE MOSLEY, individually, | Mari Newman<br>Daniel Wartell<br>Loren Brown<br>Qusair Mohamedbhai<br>Siddhartha Rathod<br>Patrick Tooley<br>Darold Killmer<br>David Struthers<br>Aaron Evans<br>Keith D. Lapuyade |

    Plaintiffs,

v.

| | |
|---|---|
| CITY OF AURORA, COLORADO, a municipality;<br>OFFICER NATHAN WOODYARD, in his individual and official capacity;<br>OFFICER RANDY ROEDEMA, in his individual and official capacity;<br>OFFICER JASON ROSENBLATT, in his individual and official capacity;<br>OFFICER MATTHEW GREEN, in his individual and official capacity;<br>SERGEANT DALE LEONARD, in his individual and official capacity;<br>OFFICER ALICIA WARD, in her individual and official capacity;<br>OFFICER KYLE DITTRICH, in his individual and official capacity;<br>OFFICER ERICA MARRERO, in her individual and official capacity;<br>OFFICER JAMES ROOT, in his individual and official capacity;<br>OFFICER JORDAN MULLINS-ORCUTT, in his individual and official capacity;<br>OFFICER DARREN DUNSON, in his individual and official capacity; | Isabelle Evans<br>Peter Morales<br>Jonathan Abramson<br>Yulia Nikolaevskaya<br>David Goddard<br>Andrew Nickel |

OFFICER STEPHANIE NGHIEM, in her
individual and official capacity;
SERGEANT RACHEL NUNEZ, in her individual
and official capacity;
LIEUTENANT PETER CICHUNIEC, in his
individual and official capacity;
PARAMEDIC JEREMY COOPER, in his
individual and official capacity;
DR. ERIC HILL, in his individual capacity,

     Defendants.

## COURTROOM MINUTES

### STATUS CONFERENCE

**10:31 a.m.**   **Court in session.**

Court calls case. Appearance of counsel.

Preliminary remarks by the Court.

Status of the case is discussed. This matter is before the court regarding Defendants' Motion for Court Jurisdiction, Intervention and Allocation (Dkt. #99), Plaintiff Sheneen McClain's Motion to Confirm Settlement and to Deposit Funds in Court Registry Pending Allocation of Settlement Proceeds between Parties (Dkt. #100), and Plaintiff LaWayne Mosley's Motion for Court to Resolve Outstanding Issues Concerning Settlement Agreement and Allocation Disputes (Dkt. #103).

Arguments by Counsel.

For the reasons set forth on the record, it is

**ORDERED:**   Defendants' Motion for Court Jurisdiction, Intervention and Allocation (Dkt. #99), Plaintiff Sheneen McClain's Motion to Confirm Settlement and to Deposit Funds in Court Registry Pending Allocation of Settlement Proceeds between Parties (Dkt. #100), and Plaintiff LaWayne Mosley's Motion for Court to Resolve Outstanding Issues Concerning Settlement Agreement and Allocation Disputes (Dkt. #103) are **TAKEN UNDER ADVISEMENT**. The Court will issue a written recommendation.

Parties proceed to settlement discussions.

**11:11 a.m.**   **Court takes recess for private settlement discussions.**

**2:16 p.m.**   **Court in session.**

Court recalls case.

Parties have reached stipulations regarding the dismissal of individual defendants.

Parties submit to Court written, signed stipulated dismissal of individual Aurora Police Department, Aurora Fire Department Defendants and Defendant Dr. Hill.  Stipulations are accepted and filed at Dkt. #119 and Dkt. #120.

Parties have reached a settlement between Plaintiffs and the City of Aurora.

In light of the settlement agreement signed by the Plaintiffs, and witnessed by the Court, and the likely execution by the City of Aurora, it is

**ORDERED**:   Defendants' Motion for Court Jurisdiction, Intervention and Allocation (Dkt. #99), Plaintiff Sheneen McClain's Motion to Confirm Settlement and to Deposit Funds in Court Registry Pending Allocation of Settlement Proceeds between Parties (Dkt. #100), and Plaintiff LaWayne Mosley's Motion for Court to Resolve Outstanding Issues Concerning Settlement Agreement and Allocation Disputes (Dkt. #103) are **DENIED AS MOOT.** Denial is without prejudice to any of the Plaintiff Parties right to seek allocation and distribution of the settlement funds.

**2:23 p.m.**   **Court in recess.**

Hearing concluded.
Total in-court time:   00:47

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.