IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02389-DDD-NRN

ESTATE OF ELIJAH JAVON MCCLAIN, by and through its personal representatives Sheneen McClain and Lawayne Mosley;
SHENEEN MCCLAIN, individually;
LAWAYNE MOSLEY, individually,

Plaintiffs,

v.

CITY OF AURORA, COLORADO, a municipality;

Defendant.

## ORDER

This matter is before the Court *sua sponte*. On November 19, 2021, a Status Conference was held. *See* Courtroom Minutes (Dkt. #121). The Court denied as moot Plaintiff Sheneen McClain's Motion to Confirm Settlement and to Deposit Funds in Court Registry Pending Allocation of Settlement Proceeds between Parties (Dkt. #100) because, that day, the parties entered into a new Settlement Agreement, attached to this Order as Exhibit A (filed here under restriction). Pursuant to that Settlement Agreement, Defendant City of Aurora, Colorado (the "City") agreed to issue two checks made payable to the Clerk of Court, United States District Court for the District of Colorado, and to be deposited into the Registry of the Court.

Accordingly, it is ORDERED

1. That the City and/or its Insurer shall, in the manner prescribed and within the time frame specified in the Settlement Agreement, issue two checks made

payable to the Clerk of Court, United States District Court for the District of Colorado, to be deposited into the Registry of the Court;

2. That, pursuant to D.C.COLO.LCivR 67.2, the Clerk is directed to accept from the City and/or its Insurer two checks, payable to the Clerk of Court, United States District Court for the District of Colorado, to deposit the same in the Registry of the Court, issue a receipt, and hold said sum pending further order of this Court; and

3. That, pursuant to D.C.COLO.LCivR 7.2(c), the Clerk of Court is directed to place and maintain Exhibit A to this Order under Level 1 restriction.

Dated: November 22, 2021                         BY THE COURT:

                                                 _____
                                                 N. Reid Neureiter
                                                 United States Magistrate Judge