IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02389-DDD-NRN

ESTATE OF ELIJAH JAVON MCCLAIN, by and through its personal representatives Sheneen McClain and Lawayne Mosley;
SHENEEN MCCLAIN, individually;
LAWAYNE MOSLEY, individually,

Plaintiffs,

v.

CITY OF AURORA, COLORADO, a municipality;

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

In light of settlement funds from the City of Aurora having been deposited into the registry of the Court (Dkt. #123), the Court believes it appropriate to schedule a status conference to discuss the next steps toward final resolution of this case. Pursuant to Dkt #19 (the referral Order from Judge Domenico allowing this Court to convene a scheduling conference and appropriate status conferences), it is hereby **ORDERED** that the counsel for all parties remaining in the action shall confer by December 17, 2021 as to their availability to attend a status conference during the first week of January 2022. Before close of business on December 17, 2021, counsel for the parties (or one designated person) shall contact the Court's law clerk, Thomas Connell, at 303-335-2403, to specify the preferred date and time of the status conference, convenient to all parties and the Court. For the parties' information, the Court has available to it the following dates and times:

- January 4, 2022 at 11:30 am or 3:00 p.m.
- January 5, 2022 at 2:00 pm or 3:00 p.m.
- January 6, 2022 at 3:00 p.m.
- January 7, 2022 at 9 am, 2:00 pm or 3:00 p.m.

The status conference will be in person. Only counsel need attend, although the parties themselves are welcome to attend if they choose.

It is further **ORDERED** that no contested motions of any kind shall be filed in advance of the January 2022 status conference. Rather, at the status conference, the Court would like to hear each sides' plans, if any, for addressing the legal and factual

matters that need to be resolved so as to facilitate the dispersal of the funds held in the registry of the Court, including any suggestions for potential non-litigated solutions to whatever impediments may remain. After hearing from the parties, it is the Court's intention to set a schedule for briefing of the remaining issues.

Date: December 14, 2021