IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02389-DDD-NRN

ESTATE OF ELIJAH JAVON MCCLAIN, by and through its personal representatives Sheneen McClain and Lawayne Mosley;
SHENEEN MCCLAIN, individually;
LAWAYNE MOSLEY, individually,

Plaintiffs,

v.

CITY OF AURORA, COLORADO, a municipality;

Defendant.

---

**RECOMMENDATION ON THE STIPULATED MOTION TO DISMISS DEFENDANT CITY OF AURORA WITH PREJUDICE**
**(Dkt. #125)**

---

**N. REID NEUREITER**
**United States Magistrate Judge**

This case is before the Court on pursuant to an Order (Dkt. #.126) referring the parties' Stipulated Motion to Dismiss Defendant City of Aurora with Prejudice. It is hereby **RECOMMENDED** that the subject motion be **GRANTED** and that all claims against Defendant City of Aurora be **DISMISSED WITH PREJDUICE**. It is further **RECOMMENDED** that this case **NOT BE TERMINATED**, however, because settlement funds are currently being held in the Court's registry. The Court has set a Status Conference for January 4, 2022 to discuss with Plaintiffs the legal and factual matters that need to be resolved so as to facilitate the final dispersal of those funds.

**NOTICE: Pursuant to 28 U.S.C. § 636(b)(1)(c) and Fed. R. Civ. P. 72(b)(2), the parties have fourteen (14) days after service of this recommendation to serve and**

**file specific written objections to the above recommendation with the District Judge assigned to the case. A party may respond to another party's objections within fourteen (14) days after being served with a copy. The District Judge need not consider frivolous, conclusive, or general objections. A party's failure to file and serve such written, specific objections waives *de novo* review of the recommendation by the District Judge,** *Thomas v. Arn*, **474 U.S. 140, 148-53 (1985), and also waives appellate review of both factual and legal questions.** *Makin v. Colo. Dep't of Corr.*, **183 F.3d 1205, 1210 (10th Cir. 1999);** *Talley v. Hesse*, **91 F.3d 1411, 1412-13 (10th Cir. 1996).**

Dated:　　December 17, 2021
　　　　　　Denver, Colorado　　　　　　　　　N. Reid. Neureiter
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge