IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Daniel D. Domenico

Civil Action No. 1:20-cv-02389-DDD-NRN

ESTATE OF ELIJAH JAVON MCCLAIN,
SHENEEN MCCLAIN,
LAWAYNE MOSLEY,

      Plaintiffs,

v.

CITY OF AURORA, COLORADO,

      Defendant.

## ORDER ADOPTING RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Before the Court is the recommendation (Doc. 128) of United States Magistrate Judge N. Reid Neureiter that the Court grant the Stipulated Motion to Dismiss Party City of Aurora by Defendant City of Aurora, Colorado (Doc. 125). The recommendation states that objections to the recommendation must be filed within fourteen days after its service on the parties. (Doc. 128 at 1-2 (citing Fed. R. Civ. P. 72(b)).) The recommendation was served on December 17, 2021, and no party has objected to it.

In the absence of a timely objection, the Court may review a magistrate judge's recommendation under any standard it deems appropriate. *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150, 154 (1985)). In this matter, the Court has reviewed the recommendation to satisfy itself that there is "no clear error on the face of the record." Fed. R. Civ. P. 72(b) Advisory Committee

- 2 -

Notes. Based on that review, the Court has concluded that the recommendation is appropriate, and no error is apparent on the face of the record.

Accordingly, it is ORDERED that:

The Recommendation of United States Magistrate Judge (Doc. 128) is ACCEPTED and ADOPTED;

The Stipulated Motion to Dismiss Party City of Aurora (Doc. 125) is GRANTED; and

All claims against Defendant City of Aurora are DISMISSED WITH PREJUDICE.

The case is not terminated, however, because settlement funds are currently being held in the Court's registry.

DATED: January 6, 2022         BY THE COURT:

_____
Hon. Daniel D. Domenico