# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02389-DDD-NRN

ESTATE OF ELIJAH JAVON MCCLAIN, by and through its personal representatives Sheneen McClain and Lawayne Mosley,
SHENEEN MCCLAIN, individually,
LAWAYNE MOSLEY, individually,

    Plaintiffs,

v.

CITY OF AURORA, COLORADO, a municipality,
OFFICER NATHAN WOODYARD, in his individual and official capacity,
OFFICER RANDY ROEDEMA, in his individual and official capacity,
OFFICER JASON ROSENBLATT, in his individual and official capacity,
OFFICER MATTHEW GREEN, in his individual and official capacity,
SERGEANT DALE LEONARD, in his individual and official capacity,
OFFICER ALICIA WARD, in her individual and official capacity,
OFFICER KYLE DITTRICH, in his individual and official capacity,
OFFICER ERICA MARRERO, in her individual and official capacity,
OFFICER JAMES ROOT, in his individual and official capacity,
OFFICER JORDAN MULLINS-ORCUTT, in his individual and official capacity,
OFFICER DARREN DUNSON, in his individual and official capacity,
SERGEANT RACHEL NUNEZ, in her individual and official capacity,
OFFICER STEPHANIE NGHIEM, in her individual and official capacity,
LIEUTENANT PETER CICHUNIEC, in his individual and official capacity,
PARAMEDIC JEREMY COOPER, in his individual and official capacity,
DR. ERIC HILL, in his individual capacity,

    Defendants.

## STIPULATED MOTION FOR RELEASE OF FUNDS

COME NOW plaintiffs Estate of Elijah Javon McClain, Sheneen McClain, individually, and Lawayne Mosley, individually, through their respective counsel, and file this Stipulated Motion for Release of Funds. AS GROUNDS, the following is stated:

1.    The Plaintiffs have resolved their pending disputes by way of their March 10, 2022, Final Settlement Agreement and Mutual Release of All Claims ("Settlement Agreement,"

attached as Exhibit 1), signed by Ms. Sheneen McClain and Mr. Lawayne Mosley in their individual and Personal Representative capacities.

2. Pursuant to the Settlement Agreement, the parties hereby stipulate and request that the $15,000,000 (fifteen million dollars) held in the Registry of the Court, consistent with the November 22, 2021, Order signed by Magistrate Judge Neureiter (Dkt. 122), be disbursed in two payments as set forth below.

WHEREFORE, the parties and their counsel respectfully request that the Registry of the Court issue payments forthwith by check or wire transfer, in the amounts of (1) $9,750,000.00, payable to the COLTAF trust account of Sheneen McClain's counsel, **CIANCIO CIANCIO BROWN, P.C**., and (2) $5,250,000.00 payable to the COLTAF trust account of Mr. Mosley's counsel, **DILL DILL CARR STONBRAKER & HUTCHINGS, P.C.**

Respectfully submitted this 22nd day of March 2022.

s/ *David R. Struthers*
David R. Struthers
Patrick D. Tooley
DILL DILL CARR STONBRAKER & HUTCHINGS, P.C.
455 Sherman Street
Denver, CO 80203
Telephone: (303) 777-3737
E-mail: dstruthers@dillanddill.com
          pdtooley@dillanddill.com
*Attorneys for Plaintiff Lawayne Mosley, Individually*

*/s/Darold Killmer*
Darold Killmer
Mari Newman
David Lane
KILLMER LANE & NEWMAN, LLP
1543 Champa Street, Suite 400
Denver, CO 80202
Telephone: (303) 571-1000
Email: dkillmer@kln-law.com
mnewman@kln-law.com
dlane@kln-law.com
*Attorneys for Plaintiff Estate of Elijah Javon McClain by and through its Personal Representatives Sheneen McClain and Lawayne Mosley*


*/s/Qusair Mohamedbhai*
Qusair Mohamedbhai
Siddhratha Rathod
RATHOD MOHAMEDBHAI, LLC
2701 Lawrence Street, Suite 100
Denver, CO 80205
Telephone:
Email:  qm@rmlawyers.com
sr@rmlawyers.com
*Attorneys for Sheneen McClain*


*/s/ Daniel A. Wartell*
Daniel A. Wartell
Loren M. Brown
CIANCIO CIANCIO BROWN, P.C.
1660 Lincoln Street
Suite 2000
Denver, CO 80265
Telephone:  (303) 451-0300
Email:  danwartell@colo-law.com
lorenbrown@colo-law.com
*Attorney for Sheneen McClain, Individually*

3


/s/Keith D. Lapuyade
Aaron L. Evans
Keith D. Lapuyade
EVANS CASE, LLP
1660 South Albion Street, Suite 1100
Denver, CO 80222
Telephone: (303) 523-5378
Email:  evans@evanscase.com
        keith@evanscase.com
*Attorneys for Lawayne Mosley, as Co-Personal Representative of the Estate of Elijah Javon McClain*

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties.

s/ *David R. Struthers*
David R. Struthers
DILL DILL CARR STONBRAKER & HUTCHINGS, P.C.
455 Sherman Street, Suite 300
Denver, CO 80203
Telephone: (303) 777-3737
Fax:  (303) 777-3823
E-mail: dstruthers@dillanddill.com
*Attorney for Plaintiff Lawayne Mosley, Individually*