IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02389-DDD-NRN

ESTATE OF ELIJAH JAVON MCCLAIN, by and through its personal representatives Sheneen McClain and Lawayne Mosley;
SHENEEN MCCLAIN, individually;
LAWAYNE MOSLEY, individually,

Plaintiffs,

v.

CITY OF AURORA, COLORADO, a municipality;

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

It is hereby ORDERED that plaintiffs Estate of Elijah Javon McClain, Sheneen McClain, individually, and Lawayne Mosley's Stipulated Motion for Release of Funds (Dkt. #136) is GRANTED.

It is further ORDERED that the Registry of the Court shall issue payments forthwith by check or wire transfer, in the amounts of (1) $9,750,000.00, payable to the COLTAF trust account of Sheneen McClain's counsel, **CIANCIO CIANCIO BROWN, P.C**., and (2) $5,250,000.00 payable to the COLTAF trust account of Mr. Mosley's counsel, **DILL DILL CARR STONBRAKER & HUTCHINGS, P.C.**

Date: March 23, 2022