IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02389-DDD-NRN

ESTATE OF ELIJAH JAVON MCCLAIN, by and through its personal representatives Sheneen McClain and Lawayne Mosley;
SHENEEN MCCLAIN, individually;
LAWAYNE MOSLEY, individually,

Plaintiffs,

v.

CITY OF AURORA, COLORADO, a municipality;

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

      This matter is before the Court sua sponte. The Court has been informed that $745.81 in interest accrued on the $15,000,000 that was held in the Registry of the Court. The Court intends to order that these funds (and any additional accrued interest) be disbursed proportionate to the two payments already ordered, i.e., 65 percent to Sheneen McClain's counsel, and 35 percent to Mr. Mosley's counsel. Any objection to this planned disbursement shall be filed on or before March 25, 2022. Absent any objection, the Court will enter an appropriate order on March 28, 2022.

Date: March 23, 2022